IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. 1983

Action Number _____

Please fill out this complaint form completely. The court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I.    PARTIES:
A.    PLAINTIFF:

1.    (a) _Dave Thomas_, (b) # _1077894 – 2 –117_
2.    (Name)                    (Inmate Number)
      (c) _901 Correction way_
           (Address)
      _Jarratt Virginia 23870_

Plaintiff MUST keep the Clerk of Court notified, of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.

        Plaintiff is advised that only persons acting under the color of state law are proper defendants under section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as Attorney's and other Inmates may not be sued under section 1983. In addition, liability under section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, Wardens, and Sheriff's are not liable under section 1983, just because they supervise persons who may have violated your rights. These persons are liable only if they were personally involved in the alleged deprivation. In addition, prisons, jails, and departments within an institution are not persons under section 1983.

B.    DEFENDANT (S):

1.    (a) _Warden T. Jarrell_    (b) _Warden / Building & Security_
         (Name)                    ( Title/ Job Description)
      (c) _901 Correction way_
           (Address)
      _Jarratt Virginia 23870_
                  &
1½   (A) _captain B Claude_    (b) _Captain for Security) S-1 Support Bld_
      (c) _901 Correction way_      ( Title/ job Description)
      _Jarratt Virginia 23870_

RECEIVED
APR 21 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1

To: The Clerk of The United State
District Eastern District
701 East Broad Street
Richmond Virginia 23219

April 10 2021
Action number#

I am writing This in advance

please Be Advised That I am unable To agree on This Contract To make any payment at This present Time Because of _ Jarrell & _ Dale Slandering making malicious Statement on my Reputation That Stoping me from Getting Employment. which is The only income I am indigent no job for The pass year 20&21 which They are Depriving me from Employment inside The Building & outside The Building They are Retaliation Because of my Legal Claim They are hindering, Sabotaging my paper works. which is a Violation of my Constitution Right & 8, 1 Amendment. Working is part of my Treatment program. inclose is a Copy of (28 USC 1915) That was Certified on 12-8-20 & Sign By fiscal Tech of Accounting ms Simmons. upon Employment I am willing To pay The 20% filing fee. also if I am Transferred, which I don't wants To Be Transferred, But I honor my Agreement still, upon Employment.

I Declar under penalty of perjury That The forgoing Statement is True and correct.

Dave Thomas.
Respectfully Submitted

2.  (a) _A. Anderson_  (b) _Head food supervisor S-1_
        (Name)               (Title/Job description)
    (c) _901 Correction Way_

        _Jarratt Virginia 23870_
        (Address)

3.  (a) _C. Crewe_  (b) _food Supervisor_
        (Name)               (Title/Job Description)
    (c) _901 Correction Way_
        (Address)
        _Jarratt Virginia 23870_

If there are additional defendants, please list them on a separate sheet of paper.
Provide all identifying information for each defendant named.

Plaintiff MUST provide an address for a complaint. If plaintiff does not provide an
address for a defendant,
    that person may be dismissed as a party to this action.

In addition, plaintiff MUST provide a copy of the completed complaint and any
attachments for each
    defendant named.

## II.    PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your
imprisonment?
    Yes _✓_  No _____

B. If your answer to A. is YES, you must describe any lawsuit, whether currently pending or
closed,
    in the space below. (If there is more than one lawsuit, you must describe each lawsuit on
another sheet
    of paper, using the same outline, and attach hereto.)

1.  Parties to previous lawsuits:

Plaintiff (s) _DAVE THOMAS_                    _currently pending_
    _901 Correction way, Jarratt Virginia 23870_
Defendant's _Mr. J. Jones mailroom Supervisor_
    _901 Correction way, Jarratt Virginia  23870_

2.  Court (if federal court, name and district; if state court, name the country):
    _Walter E. Hoffman, United State Courthouse, 600 Granby_
    _Street, Norfolk VA. 23510 (# 2:20-cv-00625 case number)_

3.  Date lawsuit filed: _on November 24 2020_

2

4. (A) D. Peterson    (B) APS Complaint Coordinator 5-1 Support Building
            (Title/Job Description)

   (C) 901 Correction Way
       Jarratt Virginia 23870

5. (A) D. Dale    (B) Unit Manager 5-1
            (Title/Job Description)

   (C) 901 Correction Way
       Jarratt Virginia 23870

6. (A) C. Wright    (B) Captain for Security 5-3 Support Building
            (Title/Job Description)

   (C) 901 Correction Way
       Jarratt Virginia 23870

7. (A) C. Putney    (B) Warden for Building units
            (Title/Job Description)

   (C) 901 Correction Way
       Jarratt Virginia 23870

4. Docket Number: *# 2:20-CV-00625.*

5. Name of Judge to whom case was assigned: *Walter E Hoffman*

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?):
   *still pending*

### III.    GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place?
*Greensville Correctional Center, 901 Correction Way Jarratt Virginia 23870*

B. Does the institution listed in A have a grievance procedure?
Yes *✓* No_____

C. If your answer to B is YES:

1. Did you file a grievance based on this complaint? Yes *✓* No _____

2. If so, where and when? *complaint & Grievance coordinator 8-2-20 To 8-23-20*
   *# GCC-20-INF-05592*

3. What was the result? *Exhaust Remedy, Delay & hindering Document*
   *Time Barred*

4. Did you appeal? Yes *✓* No _____

5. Result of the appeal: *Grievance Return 5 day Exceeded. Ombudsman unit Received sep 24-2*
   *-20 unanswer*

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities?
Yes *✓* No _____

If your answer is YES: What steps did you take? *make agreement with The otter warden jarrell*
*and Breach The Verbal contract numerous Times. Regional office Refuse to address see Exhibit 1*

E. If your answer is NO: explain why you did not submit your complaint to the prison authorities?
*n/A*

## IV.    STATEMENT OF THE CLAIM

{ State here as briefly as possible the facts of your case. Describe how each defendant is involved, and how you were harmed by their actions. You may include the names of any other persons involved, dates, and places of events. You may cite constitutional amendments you allege were violated, but do not give any legal arguments or cite cases or statues.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

( Attach additional sheets if necessary.)

I am writing This Claim addressing The Court for Assistance on This Law Suit on Breaching an Verbal Contract agreement on There obligation, Legal Relation & Duty of The Contracting parties [ mr T Jarrell, mr B Claude, mr A Anderson, ms C Cregue, ms D peterson & ms D Dale ] promise and Constituting an agreement To pay my overtime which They Breach/Renege numerous Time Deliberately ignore my informal Complaint's & Grievance # GCC-20-INF-05592, which I comply To operating procedure 866.1 To The appropriate person at This facility/institution which They obstructed Delay & hindering By Staff members several Times, which They Time Barred me due To There Sabotage Complaints. APS Complaint Coordinator ms D peterson who is There Accomplice who Refuse To Give me Receipt on (warden T Jarrell on several Complaint's Even ones on her Self. see Exhibit A , ms peterson Constantly interfering, Disrupting & illegal hinder / Denny & Documents. which ms peterson should of know Better when she was a Sergeant (2019) she Sign my overtime. see Exhibit B which Leave me To Believe she Being influence, intimidate from Doing her job professionaly, unbiased & not showing favoritism To her Colleague. on 10-22-20 I written The Last 5 Complaint's on ower Last meeting about overtime agreement for Them To pay no Receipt or Tracking number or answer from ms peterson, see Exhibit - C ms Ragsdale Return one Complaint Back To me That was not answer. see Exhibit D unit manager ms Dale shown Collusion, Retaliation, Discrimination, harrassment moving me & favoritism To others Deprive me of Employment for about 11th months which is part of my Treatment program. see Exhibit E for The passe 20+ years incarcerated I have never without an job see Exhibit F. They Constantly Targeted me. just Because I follow D.O.C Rules & policy and was Exercise my Right. They Violated my Constitution Right 8 14, 5, 1 Amendment That protect me from States/administration illegal act That Guranteed a person & prisoner protection from unfair Government/Employees interference & Taken advantage of us/me. what happen To The fundmental fairness and Substantial (justices). That an Legal wrong had Committed. →

5

upon me with independent of Contract, which Lead me To mr farrell and mr Claude, who owed me 2 year Back pay from (2017 & 2020) for wrongful Termination & frame-up me, indanger my Life with other offenders on ___ 20 see Exhibit **G**. which is # 1,440. hi 8 167½ hr overtime with Liberty interst, pain & suffering, stress, harrassment, punitive Damage, Breech of Contract. which Recognized By federal Constitution amendment 5, 14, That Generally included Liberties Guaranteed By first & Eight amendment. how can we Respect The Law when D.O.C staff (administration don't Respect The Law, Rules, or policy, which They Treated me Differently) from others prisoners who were in a similar situation/ circumstance the unequal Treatment Resulted from intentional purposeful Discrimination. They started Targeted me when I am Looking for Legal Representation Then my Legal mail (STOP) going out or Reaching its Destination. see Exhibit **H**. and other Law Suit Claim That on The mailroom supervisor mr j jones That I mail out To The Court clerk office on (November 04-2020) By Certified Sign Return Receipt, Tracking: # 7016-2070-0001-0026-7122. I have not Received sign Receipt from The court/ clerk office. which none of G.R.C.C staff are Being held accountable for There illegal Act/ wrong doing (They Believed They are above The Law That's why They don't Comply To The Rules or The Law). warden F farrell is The King Leader, manipulator, intimidator, Bully, who abuse his authourity/ power who don't abided By The Rules, & policy which is a Direct invasion of my Legal Right's The infraction of my painting job Duty from (2009) To (2020) That Sepecial Damage accrues To me from The individual. as The fourteenth amendment Stated all person in The United State including prisoners are Guaranteed The Equal protection of The Law. Where is my protection of The Law. for The pass year They make my incarceration nothing But stressful, painful & measurable. They need To Be abdicate Retinquish from There position & place another person That are not spiteful and are willing To do There job Diligently, profissionaly, imparital & unbiased Emplyers who abused There authority and Shown Racism, prejudice Should not (held) such high position or incharge of an institution. as The Supreme justice Warren Buger stated There is (NO) iron Curtain Separate a prisoner from The Constitution. I Believed when a person work They must Received a pay check. on 12-17-20 L F have a meeting on Thur about The Request I written To ms D Dale petty

which they monitoring me inside her office after the meeting & requested if he is going to answer the request. up to now no responce which he stated to me (yes) I have Been Emotionally hazing conestantly, stress Duress. main kitchen sign-up to now they dont pay me my overtime. see Exhibit I. warden 1 Janell capt B Claude & unit manager D Dale are provoking Vendettive, manipulator, Spiteful persons, Vengeful, Bully, Deceptive persons, shown hatred, Discrimination, harrassment Lack of concern to other, who inflicted pain. Suffering, Stress, with Retaliation who are hypocritical persons. they spreading Slander against my Reputation. hindering me from Getting Employment from maintenance, woodshop, 11 Building medical & pod job worker inside the Building on all application that counselor ms moody send in for me. (please Request for Video). if the courts/ judical System Guaranteed Equal protection of the Laws to person & prisner, then what happen to the moral standard without the unfairness, unlawfulness. which D.O.C & administration staff Constantly Breaking the Law and (NOT) held accountable for there illegal/thief wrongful act. then there is (NO) need for the judical System when there is NO fundamental fairness & Substantical justices. which all Government Authority taken an Oath to protect & served on all American citizen & Enforce the Law, not Breaking them and Getting away with it. what happen to the Constitution 8 1, 8 amendment. to know a person character (Give) them power and they will (Either) abuse there power/authority or shown Compassion, fairness & some integrity. on my last claim with mailroom supervi mr j jones #2:20-CV-00625 case number judge Walter E hofman. Ai the civil right act 42-u.s.c-1983 form stated for us to comply to. saying if you dont have the necessary (filing) fee, you may Request permission to proceed in forma prauperis & to complete the Enclose Affidavit setting forth information Establishing your inability to prepay the fee and cost. which I comply to. then why the court ignore my Request By not Except/honor the preceed informa prauperis on my claim. then what the purpose of the Affidavit filing fee form for if the courts/ Clerk will not honor its petitioner Requesting the court please continue with the preceeding without interruption of this claim which petition is (indigent) for the Entire year which is no fault of mind's not having Employment. inclosed is copies of the last termination with R younce & captain B claude. see Exhibit O.
I Declar under penalty of perjury that the forgoing statement is true and corect.

Dave Thomas
Respecfully Submitting

V.    RELIEF

I understand that in a section 1983 action the court cannot change my sentence, release me from custody or restore my good time. I understand I should file a petition for writ of habeas corpus if I desire this type of relief. *punitive* (initial) *Damage, compensation, defamation*

The plaintiff wants the court to: { check those remedies you seek}

_____ award money damages in the amount of $ *#193,600*

_____ grant injunctive relief by *motion to stay / Remain while persuade this claim with out Retaliation, Harrasment & Discriminate*

_____ other *my previous painting job / Deliberate indifference pain & suffering, Breach of Verbal Contract.*

VI.    PLACES OF INCARCERATION

Please list the institutions in which you were incarcerated during the last six (6) months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

*Greensville Correctional Center, 901 Correction Way, Jarratt Virginia. 23870*

*for the pass 12 years*

VII.    CONSENT

CONSENT TO TRIAL BY MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C.S. 636 (C) to have a U.S. Magistrate Judge preside over a jury or court-trial with, with appeal to the District Court or direct appeal to the United State Court of Appeals for the Fourth Circuit.

Do you consent to proceed before a U.S. Magistrate Judge? Yes __✓__ No _____
You may consent at any time; however, any early consent is encouraged
If you checked YES, do you wish to have an appeal to the District Court or directly to the(U.S. Court of Appeals? (Choose One) *U.S. Court of Appeals.*
*yes.*

VIII.    SIGNATURE

If there is more than one plaintiff, each plaintiff, must sign for himself or herself.

Signed this *11th* day of *December*, 20 *20*.
Plaintiff *Dave Thomas*

7

APPLICATION TO PROCEED IN FORMA PAUPERIS IN THE
UNITED STATES DISTRICT COURT, PURSUANT TO (28 USC 1915)

I hereby apply for leave to proceed with the complaint to which this affidavit id attached
without prepayment of fees or cost or giving security thereof. In support of my application, I state under oath
that the following facts are true.

(1) I am the plaintiff in this complaint, and I believe that I am entitled to redress.

(2) I am unable to prepay the costs of this action, or give security thereof, therefore,
Because: _I am indigent Depriving from working By wrongful_
_Terminated for the secon time Employ from 2009 To 2020 no outside income_
_from familys._

(3) I have no assets or funds which could be used to prepay the fees or costs of $ _350.00_ .

_Dave Thomas_
Signature

STATE OF: _Virginia_
COUNTY OF: _Greensville County_

I, _Crystal Ragsdale_ , being first duly sworn declares that _Dave Thomas_ , has
read and subscribed the above and states that the information therein is true and correct.

_Dave Thomas_
Signature

Subscribed and sworn to before me on this _14th_ day of _December_, 200_ _2020_

My Commission Expires On: _01-31-2024_ .

CRYSTAL RAGSDALE
NOTARY PUBLIC
Commonwealth of Virginia
Registration #7854592
My Commission Expires: _01-31-2024_

_Crystal Ragsdale Notary_
Signature and Title

CERTIFICATE                    (12/8/2020)

I certify that the plaintiff herein has the sum of $ _13.47_ on account to his/her credit, at the penal
institution where he/she is confined. I further certify that the plaintiff likewise has the following
securities, $ _N/A_ , to his/her credit according to the records of this penal institution.

_S. Simmons_
_Fiscal Tech_  Signature and Title

8

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF CORRECTIONS
EASTERN REGIONAL OFFICE
14545 OLD BELFIELD ROAD
CAPRON, VIRGINIA 23829

2-117

D. Thomas 1077804
Greensville Correctional Center
901 Corrections Way
Jarratt, VA 23870
mainbuilten

office along

Received 9-28-20 monday to ms powel never event no post

out
9/11/20
13 days



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_1-13

*mr Anderson*

## REGULAR GRIEVANCE

RECEIVED
SEP 24 2020
Ombudsman Unit
Eastern Region

Log Number: _____

| Last Name | First | Number | Building | Cell/Bed Number |
|---|---|---|---|---|
| Thomas | Dave | 1077894 | 2 – | 117 – B |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) written numerus complaint mr Anderson why when D.O.C instructed The institution on Rules & policy for Staff and offender to follow/ comply to and when we Exercise ower Right you become spiteful & Sabotage falsify paperwork & fighting me Refusing to answer my informal Complaint, you deliberate ignore me and Collusion whit your College Being Disrespectful intent to deceive me By Retaluation which you never sign no Document for Eney overtime (yall) just pay me. Eney written Document That sign is Evidence That presented its call paper Trail Thats so conclusive which Eliminate Doubt and Thats The proof you needed Look at The out-count sheets & security Booth Log Books. Refusing, ignore & Lie is no Excuse for not paying me you still owe me (70hr That Equal To $42.65) slem how you Believe The Rules & policy dont Apply, pertain To you Mr Anderson But it do. so please pay me for The work That I do which is Long over due

**What action do you want taken?** Remove your self or Terminate if you cant perform you Daily Duty professional without Lieing Thief The intended To Commited fraudulent act with out Being influence To Commited illegal unlawful act. Stop Now if you cant Be impartial & unbiased without showing anger/spitefulness, Retalation.

Grievant's Signature: *without prejudice Dave Thomas*     Date: *August 23 - 2020 Sunday.*

Warden/Superintendent's Office: _____

Date Received: _____

RECEIVED
SEP 09 2020
GRCC GRIEVANCE OFFICE

RECEIVED
SEP 02 2020
GRCC GRIEVANCE OFFICE

RECEIVED
AUG 25 2020
GRCC GRIEVANCE OFFICE

Revision Date: 1/13/14



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance  866_F1_1-13

---

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the Warden/Superintendent's office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

**INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s):

| | |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☑ | Request for services |
| ☑ *9/9*<br>☑ *9/2* | Insufficient Information. You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: *Provide answered inq. sent to you 8/12/2020*<br>*Provide time pay sheet w/ missing thrs. Date of missing hours?* |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *Kphillips 414 Kphillips 9/2/2020*     Date: *8/25/2020*

If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.

Regional Review of Intake (within 5 working days of receipt)

| | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☑ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: *[signature]*     Date: *9/24/2020*

---

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____ Date: _____

Staff Witness: _____ Date: _____

---

2 of 2            *Revision Date: 1/13/14*

2-117



from Dave Thomas 1077894
Greensville Correctional Center
901 Correction Way
Jarratt Virginia

To: K. phivis    please for give me I cant make out your hand writing

As for The answered informal complaint that sent to me on

8-12-20, I have/never Received The Regular complaint only

The copy That stamp Received aug 5-20 also the pay sheet

is a copy too That I have and I mail it to you That you stamp

Sep 02-20 That's all I have. Thank you for your time.

I Declar under penalty of perjury That The forgoing statement
is Truth and Correct

without prejudice    Dave Thomas
Respectfully Submitting

RECEIVED
SEP 0 9 2020
GRCC GRIEVANCE OFFICE

11



*mr Anderson*

  VIRGINIA
DEPARTMENT OF CORRECTIONS

Informal Complaint 866_F3_4-17

## Informal Complaint

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
An Informal Complaint is not required for an alleged incident of sexual abuse.    NOTICE

Dave Thomas                  1077894                          2-229
Offender Name                Offender Number                  Housing Assignment
To: Mr Anderson food supervisor/ministrator
Individuals Involved in Incident                              Date/ Time of Incident

- [ ] Unit Manager/Supervisor    [✓] Food Service           [ ] Institutional Program Manager
- [ ] Personal Property          [ ] Commissary             [ ] Mailroom
- [ ] Medical Administrator      [ ] Other (Please Specify): To Mr Anderson.

Briefly explain the nature of your complaint (be specific): I have written numerous Request & Offender system weekly Exception Report my Request no Consideration/Response Attempt to buy me, which is illegal, unlawful, Theft & Larceny which is a crime, when we taken something you stiffly punish charge & Terminated So what is your punishment for Stealing (NOT) paying me for my work. & your duty to take control of the matter without Excuse, lie. I did the work which is long over due So can I get my over time pay Mr Anderson. Main kitchen over time is # 97 hours $4.50 = $436.65. Thank you for your time

Offender Signature *without prejudice* Dave Thomas    Date 08-02-2020   %cbT

Offenders - Do Not Write Below This Line

Date Received: 8-5-20                AUG 5           Tracking # GCC-20-INF-05592
Response Due: 8-20-20        RECEIVED       Assigned to: Food Service.
Action Taken/Response:       S-1
                             Security Audit Office

RECEIVED
SEP 24 2020
Ombudsman Unit
Eastern Region

RECEIVED
SEP 09 2020
GRCC GRIEVANCE OFFICE

Respondent Signature              Printed Name and Title

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

RECEIVED
SEP 02 2020
GRCC GRIEVANCE OFFICE

Offender Signature: _____  Date: _____
Staff Witness Signature: _____

12

VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-3

**Grievance Receipt**

*nickelson Wed*

DOC Location: GCC Greensville Correctional Center

Report generated by Peterson, D L

*Received 8-19-20 By C/O ms ~~████~~ 4:30 pm* Report run on 08/05/2020 at 10:37 AM

Grievance Number: <u>GCC-20-INF-05592</u>

Next Action Date: <u>08/20/2020 12:00 AM</u>

| On this date: | 08/05/2020 | | I have received a statement from: | |
|---|---|---|---|---|
| | | | Greensville Correctional Center | |
| Thomas, Dave A | | 1077894 | of | HU2-2-229-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* | |
| Setting out the following complaint: | | | | |
| Offender states that he has written numerous request to Mr. Anderson and he states that they allegedly have coincide, ignored, his request and took no consideration or response attempt to pay him. Offender states that this is illegal, unlawful, theft and larceny, which is a crime and when they take something they are either charged or terminated. Offender states that he is due overtime pay for 97 hours which is $43.65. | | | | |
| *D. Peterson* | | | *APS* | |
| *(Signature)* | | | *(Title)* | |





Rev. 03/30/2009

13

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Payroll System Weekly Exception Report

Offender Payroll System Exception Report 841_F17_10-13

EXCEPTION REPORT FOR WEEK ENDING:

WORK CREW NAME: D. Thomas    2-26-20

SUPERVISOR SIGNATURE                    DATE

| Offender Number | Offender Name | Rate Code (3,6,9) | Add Hours | Deduct Hours | Justification: Please be specific about why hours are being added or deducted | Offender Signature and Date |
|---|---|---|---|---|---|---|
| 977894 | Dave Thomas | 3 | | 8 hr | paint supply room | Dave Thomas  6-12-19 |
| 977894 | Dave Thomas | 3 | | 8 hr | paint Wells 8 doors | Dave Thomas  7-22-19 |
| 977894 | Dave Thomas | 3 | | 8 hr | paint yellow zone in main kitchen | Dave Thomas  8-31-19 |
| 977894 | Dave Thomas | 3 | | 7 hr | clean & sweep Staff office floors | Dave Thomas  9-8-19 |
| 977894 | Dave Thomas | 3 | | 5 hr | paint Staff Bathroom & doors | Dave Thomas  10-2-19 |
| 977894 | Dave Thomas | 3 | | 8 hr | paint signs over freezer door | Dave Thomas  10-19-19 |
| 977894 | Dave Thomas | 3 | | 8 hr | paint main kitchen walls windows doors | Dave Thomas  11-19-17 |
| 977894 | Dave Thomas | 3 | | 8 hr | caulk & cover kitchen | Dave Thomas  11-30-19 |
| 977894 | Dave Thomas | 3 | | 8 hr | paint gold zone, feast room, commerc clerk offices | Dave Thomas  1-18-20 |
| | | | | | new wall, commode Bathroom | |

Total  MDR

*Exhibit 18*



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint:

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

*Received 8-27-20 To Response 9-11-20*

*Warden Edmonds# GCC-20-INF-06250* Informal Complaint    *1 NOTICE*

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| THOMAS I DAVE | 1077894 | 2-117 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor     ☐ Food Service     ☐ Treatment Program Supervisor
☐ Personal Property     ☐ Commissary     ☐ Mailroom
☐ Medical Administrator     ☑ Other (Please Specify): *To: Ms D peterson*
*Deliberate indifference*

Briefly explain the nature of your complaint (be specific) *hello Ms peterson my Complaint is on you This Time, when D.O.C instructed Rules & policy for offenders & Administration To follow with no Exception To wardens Jarrell, Edmonds. Its your obligation To comply, I written several complaint on Jarrell & Edmonds have not yet Received an (Receipt) or answer, Its your Duties as instructed with Moral Ethical Responsibility, obligation with The position you have work your way up to, you Deliberate ignore & Let you Lie for Them Dont Let (Bully) (intimidate) from not doing your job-professional, Best of your ability & preform Diligent Be impartial (Not) Biased or shown favoritism, its my Constitution Right To Exercise my Right Expressly when some one Violate Run me wrong Thank you for your Time (I will withdraw if you give the Liked I MUST have it (Receipt)*

Offender Signature *without prejudice Dave Thomas*     Date *August 30 2020 %e DT*

*(Received friday 9-4-20)*     Offenders - Do Not Write Below This Line

Date Received: *9-3-20*

Response Due: _____

Action Taken/Response:

*NO → Tracking # _____*

Assigned to: _____

*Ms peterson give Tracking number on L. Edmonds G.C.C-20-INF-06250 on 8-27-20 But none on warden __ Jarrell & here self.*

*Sir, please be advised the informal complaints that I have received from you a receipt was sent to your building the following day. I have not received an informal complaint regarding warden Jarrell and warden Edmonds. The complaints I received was concerning medical concerns, and Day issue with food service, and a complaint about your mail. I will check with the secretary to see if She has any informal complaints in her office from you.*

*D Peterson*
Respondent Signature

*D Peterson /AB*
Printed Name and Title

*9-3-20*
Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____     Date: _____

Staff Witness Signature: _____     Date: SEP 10 2020

Ombudsman Unit
Eastern Region

5   /6

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_7-12

*1-28-20 Talk about overtime*  **Offender Request**  *Last Request* **NOTICE**

**DIRECTIONS**
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if Addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-229 |
| **WORK ASSIGNMENT** | **ASSIGNED COUNSELOR** | | **TODAY'S DATE** | |
| N/A | MS Moody | | 07-08-2020 | |

**TO: Operations**
- [ ] Counselor
- [ ] Unit Manager
- [ ] Security
- [ ] Institutional Prog. Manager
- [x] Other *To mr farrell & mr Anderson*

- [ ] Assistant Warden (S-I, S-3)
- [ ] Assistant Warden (S-2, HU10, HU11)
- [ ] Warden (Public Safety)
- [ ] Warden (Housing & Adult Dev)
- [ ] Lead Warden

**Services**
- [ ] Medical
- [ ] Dental
- [ ] Mental Health
- [ ] Chaplain
- [ ] Personal Property
- [ ] Law Library

- [ ] Commissary
- [x] Food Service
- [ ] Enterprise Shop
- [ ] Education
- [ ] Accounting
- [ ] Mailroom

Briefly state your request on this form ONLY and address ONLY ONE issue

Hello mr farsell and mr Anderson; I have Been writing Request To Talk To you several months now Befor The covid-19 outbreak, my Request is about The pass over-due (overtimes) Befor you & mr Wright Terminated me on 03-10-20, which I have To wait 6 month Befor I can work. (ms moody handed me The Terminated paper) as I was Told By you, you keep your word/promise & man Talk Thing over not write-up, This is The only way I can get intouch with you. (my hr for Security is 90/hr = # 43.20. and The hr for main Kitchen is 97-hr = # 43.66 I have no job or outside income coming in, So can you please give me what due To me, my Termination have nothing To do with my job performance, To Take a man for his word/promise I cant see That with you, a man with out his word, is a man without honer or Respect. The Last Time I give The (offender payroll system Weekly Exception Report) was 2-26-20 a Total of It all $86.85 94 + 92% = # 189 hr ½ X 0.45 = # 86.86

Offender Signature: *without prejudice Dave Thomas*    07-08-20    CC DT

**DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE**

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

Sir, FIRST OF ALL THE MENTION TASK YOU CLAIM You DID IN THE KITCHEN ON DAYS FROM 6/19 THRU 1/20 NONE OF THESE WOULD HAD TAKING (7708) HOURS TO COMPLETE, SECONDLY THERE IS NO LOG IN DOCUMEN TATION SHOWING THAT YOU WERE OR WAS IN THE KITCHEN. AT BEST IF YOU DID PERFORM SOME WORK OVER THIS TIME, I WILL AUTHORIZE FOR YOU TO GET PAID FOR (4) HOURS EACH FOR THE (9) DAYS IN QUESTION!

Offender Seen ☐ Yes ☑ No

_____ Official Responding    8/5/2020 Date of Response

Exhibit B

T.J. Peterson

**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**

# Offender Payroll System Weekly Exception Report

EXCEPTION REPORT FOR WEEK ENDING: _____

WORK CREW NAME: Dave Thomas

SUPERVISOR SIGNATURE: _____ DATE: 11-18-19

| Offender Number | Offender Name | Rate Code (3,6,9) | Add Hours | Deduct Hours | Justification: Please be specific about why hours are being added or deducted | Offender Signature and Date |
|---|---|---|---|---|---|---|
| 1073594 | Dave Thomas | 3 | 8hr | | painting security office (shelter) boxes | Dave Thomas  05-10-19 |
| 1073884 | Dave Thomas | 3 | 10hr | | storing floor security B Staff | Dave Thomas  05-18-19 |
| 1073884 | Dave Thomas | 3 | 8hr | | painting main/kitchen wall/corridors | Dave Thomas  11-15-19 |
| 1073884 | Dave Thomas | 3- | she | | clear | Dave Thomas  11-16-19 |
| 1073894 | Dave Thomas | 3 | she | | paint yellow line main kitchen | Dave Thomas  8-31-19 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



my copy 11-20-19

Offender Payroll System Exception Report 841_F17_10-13

2

Revision Date: 9/28/10

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Offender Payroll System Weekly Exception Report**

Offender Payroll System Exception Report 841_F17_10-13

EXCEPTION REPORT FOR WEEK ENDING:

SUPERVISOR SIGNATURE _____

_D. Thomas_    2-26-20
WORK CREW NAME    DATE

| Offender Number | Offender Name | Rate Code (3,6,9) | Add Hours | Deduct Hours | Justification: Please be specific about why hours are being added or deducted | Offender Signature and Date |
|---|---|---|---|---|---|---|
| 1077894 | Dave Thomas | 3 | | 8hr | paint wallist Entrance door/bars Dave Thomas 6-15-19 | Dave Thomas 6-15-19 |
| 1077894 | Dave Thomas | 3 | | 8hr | paint bars/doors Entrance door Dave Thomas 6-29-19 on dock sill shift floor mop buff living floor | Dave Thomas 6-29-19 |
| 1077894 | Dave Thomas | 3 | | 40hr | elf paid for 10hr out of 50hr on 7-7-19 by alik | Dave Thomas 7-7-19 |
| 1077894 | Dave Thomas | 3 | | 8hr | paint round office shadow Board alik Dave Thomas 8-10-19 | Dave Thomas 8-10-19 |
| 1077894 | Dave Thomas | 3 | | 9½ hr | alik gym building floor strip & Wax D.Ce. building strip 8 wax | Dave Thomas 7-21-19 |
| 1077894 | Dave Thomas | 3 | | 8hr | strip & Wax living office floor | Dave Thomas 9-7-19 |
| 1077894 | Dave Thomas | 3 | | 8hr | paint count round bars | Dave Thomas 1-11-20 |
| 1077894 | Dave Thomas | 3 | | 8hr | paint canteen bars & door1 | Dave Thomas 11-2-19 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total  97½ × 45¢ = $45.45

18

Revision Date:9/28/10

Exhibit B

**VIRGINIA**
DEPARTMENT OF CORRECTIONS

**Offender Payroll System Weekly Exception Report**

Offender Payroll System Exception Report 841_F17_10-13

EXCEPTION REPORT FOR WEEK ENDING: _____

SUPERVISOR SIGNATURE _____

WORK CREW NAME  D. Thomas        2-26-20

| Offender Number | Offender Name | Rate Code (3,6,9) | Add Hours | Deduct Hours | Justification: Please be specific about why hours are being added or deducted | Offender Signature and Date |
|---|---|---|---|---|---|---|
| 1077894 | Dave Thomas | 3 | | 8 hr | paint super room | Dave Thomas 6-15-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | paint walls 8 doors | Dave Thomas 7-22-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | paint yellow line in main kitchen | Dave Thomas 8-31-19 |
| 1077894 | Dave Thomas | 3 | | 7 hr | strip & waxing staff office floors | Dave Thomas 9-8-19 |
| 1077894 | Dave Thomas | 3 | | 7 hr | paint Bldg bathroom 8 doors | Dave Thomas 10-2-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | paint signs on freezer door | Dave Thomas 10-19-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | paint main kitchen walls | Dave Thomas 11-18-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | caulking allover kitchen | Dave Thomas 11-30-19 |
| 1077894 | Dave Thomas | 3 | | 8 hr | wax & pull boom, break room, commons Care this week, commons Care | Dave Thomas 1-18-20 |
| | | | | | bathroom | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Total 70 hr × 0.45 = $31.50

19

*my copy*

*NOTICE*

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING**: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.** *Deceit Dismiss*

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| *Dave Thomas* | *1077894* | *2-229* |

Individuals Involved in Incident: *Warden mr farrell & main kitchen mr Anderson*

Date/ Time of Incident: *08/00-2020 ___ 20*

- ☐ Unit Manager/Supervisor
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Food Service
- ☐ Commissary
- ☑ Other (Please Specify); *Security & foodservice*
- ☐ Institutional Program Manager
- ☐ Mailroom

Briefly explain the nature of your complaint (be specific): *As jail Requested, Yall coincid, collusion & ignore my Request, no consideration/Respons, Attempt to pay me which is illegal, unlawfull, theft, stealing & Larceny which a crime when we taken things your staff/you punish/charge & Terminated us, So what is your punishment for not paying me/worker its your duty/Responsibility take Control of this problem without Excuse/Lie because I did the work's which is long over due so can I get pay mr Anderson & mr farrell, The main Kitchen overtime # 90 hours =$43.65 & Security is 92½ hours =$43.20 Thank you for your Time*

Offender Signature *without prejudice Dave Thomas*    Date *August 02, 2020  % D.I*

### Offenders - Do Not Write Below This Line

Date Received: _____    Tracking # _____

Response Due: _____    Assigned to: _____
Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

Respondent Signature _____    Printed Name and Title _____    Date _____

### WITHDRAWAL OF INFORMAL COMPLAINT:
I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

Revision Date: 4/28/17



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

*my copy*

## Informal Complaint  *5 NOTICE UNSOLVED*

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint. *still no Response 10-27-20*

| Dave Thomas | 1077894 | 2-117 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [ ] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [✓] Other (Please Specify): *To: Ms peterson, Claud, creque, jarrell)*
- [ ] Treatment Program Supervisor
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific): *on 9-16-20 have the 4 meeting & 5 complaint with creque, claud, the first meeting with ms peterson about overtime without Anderson This Time the Verbal Contract/Agreement which Claud & Creque (Try) To intimidate me To Take 4 hr on every 8 hr of the 70 hr 8 9½ h, That Total All 167⅞ hr × 0.45 = 76.55 They call me Back after I Decline There offer (with jarrell There This Time, we (All have an Verbal Agreement I'd about 2½ weeks They Renege for the fourth Time when is the Lie's & Thief are going to come to an End?*

Offender Signature *without prejudice Dave Thomas*    Date *October 5 2020 %c DT*

### Offenders - Do Not Write Below This Line

Date Received: _____

Response Due: _____
Action Taken/Response: _____

Tracking # _____

Assigned to: _____

_____
_____
_____
_____
_____
_____
_____
_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____
_____

21



*Exhibit D*

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

*Rejected 9-22-20*
*never Answare Return me*

## Informal Complaint     2 NOTICE UNANSWER

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Dave Thomas    #1077894    2-117

| Offender Name | Offender Number | Housing Assignment |
|---|---|---|
| ☐ Unit Manager/Supervisor | ☐ Food Service | ☐ Treatment Program Supervisor |
| ☐ Personal Property | ☐ Commissary | ☐ Mailroom |
| ☐ Medical Administrator | ☑ Other (Please Specify): | WARDEN/MR Jarrell |

Briefly explain the nature of your complaint (be specific): *I have written informal complaint on 8-3-20 To you about my overtime no receipt or Response from you or The Grievance Coordinator I have send payroll system weekly as yall Request from 2-26-20 shown No Common Courtesy Attempt To Response. (you can ignore But your still owe me #92½ hr Flat $43.20) no Excuse Be Responsible & pay me what is Long over due. when you work OT, D.O.C pay you so why are you not paying me I have no problem with All the other warden's, from younce, Jarrell, wright, gabble or security with my work which I Been printing from 2008 & get overtime Thank you for your time this is my second complaint from 8-3-20 unanswer*

Offender Signature *Without prejudice Dave Thomas*    Date 8-24-20

### Offenders - Do Not Write Below This Line

Date Received: _____    Tracking # _____

Response Due: _____    Assigned to: _____

Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Respondent Signature        Printed Name and Title        Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

*15*

*my Copy*

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint 3 *NOTICE UNANSWER*

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | 2-117 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

- ☐ Unit Manager/Supervisor
- ☐ Personal Property
- ☐ Medical Administrator
- ☐ Food Service
- ☐ Commissary
- ☑ Other (Please Specify): *Hoi ms I peterson*
- ☐ Treatment Program Supervisor
- ☐ Mailroom

Briefly explain the nature of your complaint (be specific): *on 9-14-20 you came to my cell about the overtime. you stated ms C. beque talk to me I told you no, he is seeing they have nothing to do with this Complaint you stated ms ragsdail Responsible for answering informal complaint, we went to get copy of payroll sheet of security & food service, some how you are Blaming some one for what you are doing, my complaint is only on you ms peterson, warden farrell & mailroom, mr Anderson Be Responsible of your own action, stop Blaming some one for your own wrong by Being influence, start preforming your job Diligently, professional impartial without showing favenitis, this is third Complaint's without Receipt or Tracking number's on mr farrell and your self.*

Offender Signature *without prejudice Dave Thomas*    Date *9-14-20*    *S/c DT*

### Offenders - Do Not Write Below This Line

Date Received: _____

Response Due: _____
Action Taken/Response:

Tracking # _____

Assigned to: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____

22



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1     Attachment 3

### Informal Complaint 2 NOTICE UnAnsweR

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

Dave Thomas                     1077894                          2-117
Offender Name                   Offender Number                  Housing Assignment

- [ ] Unit Manager/Supervisor      [✓] Food Service          [ ] Treatment Program Supervisor
- [ ] Personal Property            [ ] Commissary             [ ] Mailroom
- [ ] Medical Administrator        [ ] Other (Please Specify): Attention Mr Anderson

Briefly explain the nature of your complaint (be specific): Mr Anderson from the Time you Taken over

I have written complaint on 8-3-20 got no receipt →

I have never have This kind problem getting pay, I have Been a pointed from 2009 went Through Several wardens, young, jarrett, wright & ms Gabble. They pay me with no problem, It only you & mr ferrall Refuse To pay me (Check The outcount Sheet, Security Booth in pod, Logbook, when I am inside your kitchen working you are Responsible for my work which is #97 hr That's $43.65) which is Long over due, when I am Taken from Support old To print your kitchen Those day you owe me, as you stated on 2-26-20 you sign the paper so what to with the Excuse.    Thank you for your Time.

Offender Signature without prejudice Dave Thomas          Date

#### Offenders - Do Not Write Below This Line

Date Received: _____                    Tracking # _____

Response Due: _____         Assigned to: _____
Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Respondent Signature               Printed Name and Title               Date

#### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____        Date: _____

Staff Witness Signature: _____     Date: _____

_____

24

my Copy

1 Request Exhibit E-1-7

Offender Request

**NAME LAST NAME:** THOMAS **FIRST:** DAVE **AIS NUMBER:** 1077894 **BED & CELL:** 2-117

**CURRENT ASSIGNMENT:** N/A **ASSIGNED COUNSELOR:** MS MOODY **TODAYS DATE:** 08-10-20

TO: ☑ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Records
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Corp ☐ Accounting
☐ Chaplain ☐ Treatment Warden ☐ Women ☐ Dental
☐ Other: To: Ms Dail

CHECK PURPOSE ☐ Appointment Request ☐ Question Statement

I was told to communicat with you first befor taken Legal action, which I try you totaly ignore me & walk away, I beend in 200 pod from 2009, give no problen to staff or offender, now I am being targeting, harrass when I complain about my health being indanger to my Lawyer, then my Legal mails are not Reaching its Destination or return to sender one check came for me from Alabama courthouse & Lawyer I have not seen it on my account, that thief, Sabotarg, Colloution & Retaluation (so I am askeding for a sitdown please) Some how some one are trying to push you under the bus to take the blame. I cant used the phone & kiosk that's one if the sabotarg you dont like answer Request so I am askeding to do answer this one without me writing informal Complaint to commenicat with out Law suit 84 your Retaluation, this is not an fauls Accucation. %c DT. Thank you for your time.

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

ACCORDINg to CORIS YoU ARe assigned to 110-3-117 anD have been assigned to that cell since Aug. 07, 2020. Therefore all or any mail would be @going/dolivered to that cell. I am unsure how you are" being targeted or narrassed" by staff. what is causing you not to use the phone or kiosk?

Offender seen ☐ Yes ☐ No

_____ 8.12.2020
Date of Response

DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

Offender Request *Third* **Request** FROM 10-12-20

**DIRECTIONS**
1. Fill in your Name. Number. Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Request may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-117 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | MS Moody | 11-10-2020 |

TO:  ☒ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden
☐ Other *To MS Dale*   ☐ Dental

**CHECK PURPOSE**   ☐ Appointment Request   ☐ Question/Statement

I am writing This Request asking To move out of This (chaos) pod Back To where I was Resign for the pass 11 years. There are Confusion, disorder, phone Controling, disturbing, disrespectfulness. which you shown me Discrimination, unfair, favoritism to others when They asked To Be move them. I give you are your coworker problem Disrespectful To Them To Be Targeted/punish To Be put into This Enviroment & to get my self into Trouble. I am the Targeted me will stop so I can completed my Time & go home without getting my self into Trouble! mr potts Told me he move me Back to 200 pod & you say To where, That Retaliation spitefulness, & unusual punishment & stop The collusion & Blessed also Denie me Employment. & what Did I Do To you & ms putney?

*your Assistance Gratefuly Appreciated*        *without prejudice Dave Thomas ℅ ch DT*

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

Offender seen ☐ Yes ☐ No

_____        _____
Official Responding                Date of Response

Revision Date: 10 26 17

29

*my copy*

DEPARTMENT OF CORRECTIONS

Offender Request to Staff

**DIRECTIONS**
1. Fill in your Name, Number, Pod Housing, Assign.
2. Please Print your request, KEEP IT BRIEF
3. Drop in the appropriate Mail Box

Request *forth* Request from 10-10-20

Requests will be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | | ME | NUMBER | BLDG. CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-117 |

| WORK ASSIGNMENT | ASSIGNEE COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | ms moody | 11-17-20 |

TO: ☑ Unit Manager  ☐ Medical  ☐ Personal Property  ☐ Law Library  ☐ Security
☐ Treatment  ☐ Mental Health  ☐ Education  ☐ Enterprise Shop  ☐ Accounting
☐ Chaplain  ☐ Assistant Warden  ☐ Warden  ☐ Dental
☐ Other _____

CHECK PURPOSE  ☐ Appointment Request  ☐ Question/Statement

I am asking To Be move out of This (chaos) pod Back To where I was for the pass 11 years. There are Too much Confusion, Disorder, phone controle That stoping me from getting into touch with my Lawyer, & Disrespectfulness in pod. which you showin me Discrimination, (favoritism To others) when They asked To move, *from 2009* This is unfair. I gave you or your staff (NO) problem or Disrespectful To Them To Be Targeted, punish, put into This Environment To get my self into truble, when is This Targeted me are going To stop so I can completed my time & go home. mr pitty Told us he move us Back to 200 pod & you say To where? That's Retaliation, spitefulness & un- usual punishment, collusion, Biased you Deine me Employment 3 Times, others asked for job you gave Them job. I don't know what I did To you and ms putney To Be Treated This way. I Excise my Right when some did me wrong. That should not make me an Target or Retaliation because of your coworkers.
your Assistance Gratefully Appreciated.   Without prejudice Dave Thomas Ye D.T

DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE

**RESPONSE**

Request sent to correct department ☐ Yes ☐ No; Routed to: _____   Date: _____

You were moved Due to covid pandemic. you as an inmate are not guaranteed to be in any specific pod, building or facility. At this moment your request is Denied. At this moment Hu-2/200 pod is Reserved for Veterans and active Kitchen Workers

Offender seen ☐ Yes ☐ No
D.V. _____   12-1-2020
Official Responding   Date of Response

29

DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

Offender Request **5** Request/Appeal 1

**DIRECTIONS**
1. Fill in your <u>Name</u>, <u>Number</u>, <u>Full</u> <u>Housing</u> <u>Assignment</u>
2. Please <u>Print</u> your request; <u>KEEP IT BRIEF</u>
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077344 | 2 - 117 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| none | ms mooby | 12 - 08 - 20 |

TO: ☑ Unit Manager ☐ Medical ☐ Personal Property ☐ Law Library ☐ Security
☐ Treatment ☐ Mental Health ☐ Education ☐ Enterprise Shop ☐ Accounting
☐ Chaplain ☐ Assistant Warden ☐ Warden ☐ Dental
☐ Other _ms Dale_

CHECK PURPOSE ☐ Appointment Request ☐ Question/Statement

hello ms Dale, I am writing This Request/Letter addressing your response on my
several Request you answer which I don't agreed on your Response. So I am Appealing
your Denial & Challenging your Decision, I am writing This Request with out an informal Comp-
laint, which your counselor (A P S D peterson will not Respons or give Tracking number & Receipt.
This is The only way I can communicate, without you ignore me. That's Disrespectful
On 8-10-20 (mon) you stated according To (coris) I am assigned To 117 and have Been assigned
To That cell on Aug 7-20 which was 2-1-20 (Thurs). That's not Truth, Coris don't move us (Security, unit
manager, other staff members) To put us offender on the master pass List. It's only an computer prog-
raming That you feel it information so That it can make any changing That help Record on our
movement (i.e.- school, kitchen, woolshop & others) you also stated on 11-17-20(Tue) I was moved Be
( see attachment )        DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE —— ► continue

**RESPONSE**

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Offender seen ☐ Yes ☐ No

_____        _____
Official Responding                         Date of Response

1-3

30

Revision Date:10 26 17

② For (covid) That is not true. On 5-24-20 (sun) you and Sale & others staff & made several move, my/us some to 11 Building & the others to 9 Building for covid quarantined, after the 40 days quarantined I filed for me & then on 7-2-20 (Thur) all of us return back to 8-1, 2 Bld 200 pod, as for me back to 2-229 which my rating stated. Then on 8-6-20 (Thur) you moved me & my celly to 100 pod and I told L.I. mr petty and you I can't climb the stairs I need Ground floor Bottom Bunk That's why I been in that pod for so long. Then L.I. petty & you moved me & my celly into 100 pod, which offender's Like us who Being down so long under the Grandfather clause that should of Granted us some kind of a privileged to where we Resign/Live.

as you stated an inmate are Not Guaranteed to Be in any specific pod, That's an Contradiction/fabricate, inmates went out to medical him in this pod several times and Return back to the same cell 107, 113 & so on, look at the videos. As I stated on the Request 1-14-20 (fri) when you and L.I. mr petty doing noon count, he stop at over cell & say when an spot is open he-move us Back to 200 pod, you stated to him move him where ". & you look at me and walk off even when I asked you moved me go just ignore me, you show some kind of hostility. communication is the Best solution to solving any problem an Being Reasonable assumption could Be made if you just knew all the fact's instead of Being unreasonable, and not showing so much Veng-eance/Vendetta against me, which y'all are Still treated me differently intentional Discriminated, spitefulness, Retaliation. As I stated Before [Covid & loris] have nothing to do with moving us on 8-6-20 (Thur)- which proven Others/offenders are still there from 2007 & 2009 up to now. I strongly Believed you and your Colleague are Constantly (Tar-geted) me which you shown Collusion for your coworkers by fabricate to me. That's Biase, favoritism, unfair, when an offenders asked to Be moved or for a job you give/answer their Request several times. But when I asked for a pod job you Decline. That's favoritism & prejudice, up to now you will not give me a job which is unfair. I have dun you no wrong to you for much hatred & unfairness. you mov-ed me under Retaliation, spitefulness for your associates. (just Because I am Exercising my Constitution Right & 14th amendment) That protects a person & offe-nders from your unlawful action of my complaints on your colleague wrong (and I always have Employment from the Entire time incarceration who stop working)

3

③

doing, without They held Accountable for. That dont give you all the Rights to Treated me unfair or Abused of power. With that power come with Great Responsibility. its your moral Ethical obligation to assist us when we needed your Assistance without Excused. Be more professional & preform your Dayb Duties Diligently with care for ouer welfare. some how you All show me that yall are (Racist). when Warden R younce & captain Claude wrongfuly Terminate me & others on 10-11-17 and I fight for my job Back as a support kilb painter. I Return on 11-26-18 the with all my complaint There was no Retaliation or moving me from that same pod. But now when warden ___ Jarrell and the other 5 colleague then now I am Being punish, harras, mistreated & sivin Jitter & Retaliation on me. & when is the Black on Black crime we going to STOP? we Talk about justice & peace Black Lives matter But yet yall are out there killing Each other & the Little ones/ the innoc ents. Stop the Retaliation, Vendetta, spitefulness against each other and START helping one Another to start making a Different. it must Start off inside here prison how can we Become an productive Citizen, (which is ouer U.S. Constitution Amendment XIV) Example, when Staff members are Teaching us on how to Bec ome (croop), Dishonest, prejudice, Biased, spitefulness, Vengeance full. There are no positive idiot, Encouragement, support, care, concern about others, Respect or some common Ben courtesy from Administration/staff for us to Better ouer self. The only help I received is from ouer counselor ms moody. we are still human Being that need to Be Treated with some Dignity & Respect. an Anima Treated Better that us. (Dignity of a man Lies in what is not in what he has) which All Great man go through Suffering to Accomplish what he are Trying to proved. There is nothing wrong with Ruling with an iron fist, But sometime that fist must open and show some fairness, compassion, unbiased & Be more professionally. I am Being preparing for your cruel punishment/ Retaliation on me. There is nothing wrong with Little Bit of productive Critism & the Truth) so.

Dave Thomas  ℅ D.T & ch
Respectfuly Submitted

866-13-10-20

(Written Complaint)    PAGE 1    5 REQUEST

Dave Thomas  # 1077894        unsolved    2-117    S-1  issue/problem
unit-manager ms D Dale, (To Complaint Department)

I have patient Enough of ms Dale & her Colleague Abuse of power, Constantily Depriving me Employment That put me in a Depressed mood which is part of my Treatment program. She Deliberstely ignore my Last Request, ms Dale show (Racial Discrimation) prejudice, spitefulness, harrossment, inflected Vengeful angry, punishment upon me, which l dun her (NO) wrongdoing for Such (HATRED), ms Dale show favoritism, preferential Treatment To others offenders who Requested for jobs, which is my Therapeutic program is (working) for not Beeing Depress. She Give preference for other To (move) in a Safe Environment Several Times out of This. (CHOAS) pod, no support from her or ANY Staff members. when The Courts, parol & probation instructed (us) To fine Residence under Some [Restricted Rules] in a Safe Environment, Then what wrong with me Requesting Residence in on peaceful place. They Constantily (TARGET ED) me for Better word (Black Ball) me They Treated me Differently & intentional purposefully Discriminate) That put me in a Great Deal of Stress, Emotionally hazing Constantily Stress Duress, mental Anguish, Discomfort Anxiety & Depress. That cruel unusual punishment That Violated my Constitution Right's & [ 1, 8 Amendments] just Because l (Exercise) my Right's By Written Complaint when They Dun me wrongfuly over year (NOW) come Spitefulness & Retaliation from ms Dale move me To another hostile choas pod, which I'm prepare for what every Discomfort upon me, which Leave no other choice To Taken Criminal Complaint and Later Lien for indanger my Life/Welfare, Befor/without They fabricating The Truth. its Time Someone Stand-up To yall (Bullys). All l wanted is To Be Leave alone and Treated (FAIR) & Granted me what l am Entitle/Require To. [ l Thought unit-manager & Counselor are there for us as an Advocater or Support?] where is the fairness Deceit Dismiss ; on Constant harrassment, Targeted, Collusion with her Colleagues, Discrimination, spitefulness, Vengefulness & Retaliation. which I'm hoping To Avoid Legal Action. lam willing To withdrawal if come To a much needed, Resolution. Be Advice when l started will not stop until l Get justice.
                                please

                                              Thank you for your Time.
This Statement is Truth and Correct.           (march 28-2021 Sunday)
                                              Dave Thomas 9/c D.T & courts.

34

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Request 801_F3_10-17

*my Copy*

## Offender Request

DIRECTIONS
1. Fill in your Name, Number, Full Housing Assignment
2. Please Print your request; KEEP IT BRIEF
3. Drop in the appropriate Mail Box

4. Requests may be returned unanswered if addressed to the wrong department or if duplicate requests are sent.

| YOUR LAST NAME | FIRST | MI | NUMBER | BLDG/CELL |
|---|---|---|---|---|
| Thomas | Dave | | 1077894 | 2-117 |

| WORK ASSIGNMENT | ASSIGNED COUNSELOR | TODAY'S DATE |
|---|---|---|
| N/A | ms CAIN | 02-18-2021  Thur |

TO: ☐ Unit Manager   ☐ Medical   ☐ Personal Property   ☐ Law Library   ☐ Security
☐ Treatment   ☐ Mental Health   ☐ Education   ☐ Enterprise Shop   ☐ Accounting
☐ Chaplain   ☐ Assistant Warden   ☐ Warden   ☐ Dental
☑ Other  *To: L.L. ms Idlett*

CHECK PURPOSE   ☐ Appointment Request   ☐ Question/Statement

I am writing this Request, Requesting To be move out of this (choas) pod back To where I was Resign for the pass 10 years. There are too much confusion, Disorder, Disturbing, Disrespectful ness, I Requested over 14 time To ms Nisle & petty which petty was going To move me & my Body Back To 200 pod ms Nale stop the move and give me Excuse she shown Discrimination, favorit- ism, others Requested To be move she Granted the move, I give no problem To staff or Disrespect ful To them To be punish, move into this Environment to get my self into fight, harrass, shown spitefulness unusual punishment, Targeting me, Denie me Employment for over a year my fir Request was 9-10-20, 10-12-20, 11-10-20, 11-17-20 & the fifth on 12-9-20 unanswer I just would Like To complete my time and go home safe with out collusion, Retaluation for her coworkers. I have been in 200 pod from 11-2-09 with all the changing of this pod & others that with me are still in there. DO NOT ATTACH ADDITIONAL PAGES; DO NOT WRITE BELOW THIS LINE  Dave Thomas ℅ DT

## RESPONSE

Request sent to correct department ☐ Yes ☐ No; Routed to: _____ Date: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Offender seen ☐ Yes ☐ No

Official Responding _____  Date of Response _____

3

Revision Date:10 26 17



VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint:

Effective Date: December 1, 2010
Operating Procedure §66.1    Attachment 3

*my Copy 1-2*                    Informal Complaint  *2 NOTICE UNANSWER*

INSTRUCTIONS FOR FILING: Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

*Thomas Dave*          *1077894*          *2-117*

Offender Name          Offender Number          Housing Assignment

- [ ] Unit Manager/Supervisor      - [ ] Food Service          - [ ] Treatment Program Supervisor
- [ ] Personal Property            - [ ] Commissary           - [ ] Mailroom
- [ ] Medical Administrator        - [✓] Other (Please Specify): *To Mr L. Edmonds, Lead Warden*

Briefly explain the nature of your complaint (be specific): *I have written several complaint that was unanswer by the Grievance coordinator or Receipt march 29, 20 6 August 10-20 which is your moral Ethical Responsibility for your institution/Establishment as D.O.C. instructed to be professional, which you can show some professional common curtesy when we Exercise over Right faithful without mistreated & when you proform your Dayl Duties Diligent. showing care for offender welfare, without showing Collusion, Biased, faveritism for your coworkers Be impartial take Re sponsible criticism for your staff action under your Supervision of answerable. my Complaint about the Dental Department on Doctor Brooks, hollen, ms Robin Have obligation give medical Assistance without Refusing Sabotage, Neglect, spitefulness, Negligent & Retaliation which They are not Trustworthy whoh Have Conse quence on Being wrong*

Offender Signature *without prejudice, Dave Thomas c/c D.T.*    Date *August 25, 2020*

Offenders - Do Not Write Below This Line  *(GCC-20-INF-06250   8-27-20)*

Date Received: _____                    Tracking # _____

Response Due: _____          Assigned to: _____

Action Taken/Response:

_____

_____

_____

_____

_____

_____

_____

_____

_____

Respondent Signature _____    Printed Name and Title _____    Date _____

WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____          Date: _____

Staff Witness Signature: _____          Date: _____

## How The Secon Wrongful Termination Started

On 2-11-20 (Thus) Captain B Claude & Captain C Wright Swich Location, Claude went To S-3 Support Building Temporary & Captain Wright came To S-1 Support Building Temporary, as They Stated, To clean up The Building for inspection, mr Wright Told me he want me To paint The (Entire) Support Bld. I went To maintenance for more paint's which They can see me coming from one side voc hallway To the other side D.C.C., which was on 02-11-20 when he call for a meeting inside muster Room for all hallway/ Support workers.

Then on 2-27-20 Thus at work painting muster Exit Door across from medical. Later I was call By officer ms _____ Told me capt Wright want To see me where I park my paint cart inside The multi purpose Room, Storage closet That/which The officer have key To open & Lock for us all. when Enter mr wright move out some of The Things out of The Closet on To The Table's inside The multi purpose Room, he asked me what all This? I am Trying To Explain he dont want To here me, he just Told me (Every Thing here is Contraband). which is every Thing's That I work with Every Day. which is wax for The floor, paints which I am the painter, Lot's of paint Bruch, Rolers, Cut Buckets, about 12 Emptys for when The other are Broken That I used for Touching up, Toilet paper & paper Towel's for us offenders & Security, and office furniture also other Things That place inside The Storage Closet By staff/ Security, Teacher, also Things That was inside There when The other painter That was working Before I Return Back To work. The worker name is J miler #1002149 Bld I- cell 2-235, and The other 2 offenders That work on The D.C.C hallway & Visiting Room which They have Access To on week End's for Visit, all They afto do is To asked Security That working the Visiting Room To open The Door's/class Room which They dont Like me, one of Them _____ Told mr Wright you was going To fire us But you suspend him you Should fired him, (please Requested for The Videos). Then in The afternoon same day They call for me which I was inside The chapel Library, I went To The Multi purpose Room That also use for Religious Service practice in There, There was about 5 other offenders inside waiting for The meeting. The Room was Setup Like an Drug Bust with warden Jerrall & Captain C Wright also _____ That was There & They started Video Taping The meeting with There cell phone, Jerrall give some Speach about (2017 Wrongful Termination By Captain B. Claude & Warden R younce on 10-17-2017 Tracking Num-

ber #GCC-17-INF-07088) which I have more if The Court Requeste for I jerrall say he dont want To do The same Thing That They did. Then mr jerrall Started askeding about All The Things on The Table's, which I know They are putting my Life in Danger with my collergue I Stop mr jerrall and asked him what They have To do with This, This is my working place. Then jerrall Stop me from Talking and send Them out of The Room and started Back Talking To me, which I dont have any choise, To/But To avoid – from fighting with Them I offender you heard what The one That work inside The Visiting Room Stated Before, Then he say To me That's is an (Noble) Thing you did and he Talk some more and Then he Told mr Wright dont fired him just Suspend him for 2 days (which They Renege. Like always. The 2 days which will Be (mon 3-2-20) To Return Back To work. Then on (fri 2-28-20) Religion Service's Started and we need The fan for The Sound Equipment and I went To Security To asked for The fan That mr Wright was Suppose To Return it Back To The Chapel Library has he stated Thursday- which I am Sound Tech for church and (Several Events) including Church Equipment for Sunday Service. The officer _____ call mr Wright and Told him I am askeding for I Requesting for The fan, (which he Ended-up give it To ms D. peterson The APS-complaint's coordinator, That I see it inside her office on That Wed 9-16-20 at 10:00 am when They call The meeting about my overtime with) B. claude & C. Leeque. mr Wright Taken % it out of Content and say To %, her why he want To go into The closet for? which he dont here one word she saying To him. Then % stated he say no-o I walk off and went Back To The chapel Library. he dont Remember on That same day Thur 2-27-20 we was/ me & him inside The closet cleaning up The mess That h make, also after 6:00 oclock count me and other offender's, T. arthur R. jason #1203067/[2]240, C. Gruffen _____ Return for Bond pratice in Chapel Library for church on Sunday night, and Wright call for me To help again To Take Trash outside in frount of The Building. Then on friday 2-28-20) going for Chapel Library mr Wright have one of The Strike force L.T. Stich Shakeing down my paint Cart again's The Closet. Later after 6:00 oclock count he was still inside The closet, he asked out him To help him To Take out some more Trash out again I did not went To Band practice That night. which I dont know what he is Looking for. (please Look at Video). Then (on monday 3-2-20 I went To The chapel Library. The Room still close & in a mess. (Tuesday 3-3-20) come, I went To Chapel Library The multi purpose Room still close an still in a mess. Then on (Wedensday 3-4-20) went To The chapel Library in The afternoon, I went To The

Bathroom Return To chapel, I was call By L.T. hobbs) he Told me warden jerrall and Wright would Like To see me in his office when I Reach, mr jerrall Talk To me he Told me he fine more paint and Thats Too much paint's and he are going To Let me go (not Terminate me) just job Transfer To The Building To work. mr jerrall call The Building Talk To the unit manager ms D. Dale and Told her To give me a job inside The Bld/pod, Thats 2 Bld 200 pod, which That was (3-4-20 wed) The same day up To now 1-6-20 she will not give me a job, I asked her several Time for Employment, ms Date Told me she dont want me To work for Her, which jerrall Told her over The phone with my present he cant Be Trusted, That Leave me To Believe That is a set-up/ Targeted me, (Right after Warden R. younce gotten Transfer To an other prison That when They started.

when I am inside jerrall office The offender That work inside There The offender mr Sennor have The (Same) cut Bucket That They say is (Contraband) he have printing jerrall office window The same with The offender inside medical Department. (please Look at Videos) They dont Tell The Truth, Look for 3-4-20 Wed about 2100 p.m. I have Been working for Several Wardens, L.T, S.g, Staff's & Security officer from 2009 which I Earn There Trust, Respect & doing several Events siting up as Sound Tech, for Banquet as, s.c.e Graduation, Warden's Banquet, Legislator Community Graduation, Veteran Banquets, kairos, church, Towns meeting & Responsable for The (Entire Support Building, frount & Back/ Wreck yard's as the painter & floor and other Things when Staff/ Security, Warden Requested for my Assistance. which They dont have any Trust issue with me or problem with me all The way when warden R. younce move, I only have problem with Captain Claude & warden jerrall when They move up in Ronk/ positions, Claude is out To get me/ Retaluate from The Last 2007 informal Complaint on him & younce That why he call for Captain as there Accomplice. I have Taken upon my self To Draw up an diagram on The Support Building To help The Court understand & see how much one painter is Responsable for Then on 3-16-20 (THUR) Wright give me Termination paper. Right after They fired/ Suspend me (They all Return Back To There Regular Cluster Captain Wright Return Back To s-3 Support Building and Captain Claud Return Back To s-1 Support Building, if That (Not) an Set-up Then I dont what To call it. from The pass 11 years Strike force had Shake down The Support Building & That same Closet numerous of Time with all The same Things inside That Storage closet and class Room Things around when we Return we just put Things Back in place Q So why

They didn't call everything that inside that closet & on my print cart contraband to strike force? which they would of taken all out of here for trash, & why captain claud couldn't do the same job that capt wright came over here to do and return? which we have several inspection that came & went that's why I know that's is an set-up.

To the best of my memory/ability   I am writing all the things that was inside that storage closet and may still inside there.

① office desk, 1 classroom table; 20 chairs, 2 filed cabonet, which wright give to the offender inside the Visiting Room who wish for me to be fired, 100+ books & tapes, 10 rugs for kairos, 8 curcle table for kairos, Administration Christmas things 1 easel stand, 1 easel paper; 2 bins for kairos. Setup me, 1 hot sauce, 1 soy sauce 1 can of fish, 1 upright pianos, 1 kairos pulpit, couple of 1 gallon yellow, red, black paints, 3-5 gallon print white, Bigchil, Gray that put away for the six months Emergance when they don't have no paint throughout the compound for the 6 months inventory, some thing claude & wright would not of know.

inclosed I am presented 2 Diagrams showing the support Building & the Rock, the yard main kitchen that I have Been taken care of for the pass 11 years painting the Entire Building inside & outside, see Exhibit K. The main reason I was transfer to the Building is Because I have too much paint. Then Sit.ed on capt C wright handed me Termination paper on 3-10-20 see Exhibit L. they have Shown so much hatefulness, Bulling, Racialy Bias against me foreigner Jamaican they are irresponsable, no Abiseary for Support or any Discipline action on Staff members to held Accountable. Lack of Leadership, no law & order, more Abuse of power/Authority warden's Don't comply to operating procedure 866-1 that D.O.C instructed to all institutions must practices procedures (Shall) comply with Applicable State and federal (LAWS) and Regulation, which warden's here don't comply too No Rules & policy or law outside Society. As warden T farrell stated to me on 8-23-18 if that was him you written up Like that on warden R. younce & Captain B. Claude you would not get you job- Back well (history) have Repeat. to Self- mr farrell have Live-up to his threat inflected cruel unusual punishment, malicious Slander my Reputation with other Staff →

I declar under penalty of perjury that the forgoing Statement is absolutely positively are truth and correct.

Dave Thomas
Respectfully Submitted

not Giving me Employment There are no Communication Support from Them
I have Been Targeted just Because I Exercise my Constitution Right 188 Amend-
ments, no Responsible Abdicate they just ignore Complaints & Retaliate no kind
of Resolution To Solved this problem just spitefulness, hatefulness, Stubbornness.
if they cant Be professional Responsible Abdicate the Ability To proform there
job. Then Relinquish position step down formally, on 10-15-20 I asked Booth
(officer ms pettis) To asked ms Dale can she make some Legal Copies for me ms Dale
Say (No), I afto go outside the Building To Get some kind of Assistance.

Dave Thomas
Respectfuly Submitted

VIRGINIA
DEPARTMENT OF CORRECTIONS

## Offender Payroll System Weekly Exception Report

Offender Payroll System Exception Report 841_F07_10-13

Received on July 11-6-20 by 16 ms Nickelson 2 Copy's

ON REPORT FOR WEEK ENDING: _____

WORK CREW NAME __ D. Thomas __

SUPERVISOR SIGNATURE _____  DATE 10/27/20

| Offender Name | Rate Code (3,6,9) | Add Hours | Deduct Hours | Justification: Please be specific about why hours are being added or deducted | Offender Signature and Date |
|---|---|---|---|---|---|
| Dave Thomas | 3 | | 4 hr | paint supply room | Dave Thomas  6-15-19 |
| Dave Thomas | 3 | | hr | paint Walls & floors | Dave Thomas  7-22-19 |
| Dave Thomas | 3 | | hr | paint restoration | Dave Thomas  8-31-19 |
| Dave Thomas | 3 | | hr | help & cleaning Staff office floors | Dave Thomas  9-8-19 |
| Dave Thomas | 3 | | hr | paint Blight Bathrooms & closet | Dave Thomas  10-2-19 |
| Dave Thomas | 3 | | hr | paint Stripped over passed floors | Dave Thomas  10-17-19 |
| Dave Thomas | 3 | | hr | paint restoration Walls maintenance floors | Dave Thomas  11-18-19 |
| Dave Thomas | 3 | | hr | clean rooms maintenance facilities | Dave Thomas  11-31-20 |
| Dave Thomas | 3 | | hr | paint restoration floors maintenance effort | Dave Thomas  1-18-20 |
| | | | | clean rooms cement & plumbing | |

Total 108

Revision Date 9/28/10





Exhibit D  0-9

VIRGINIA DEPARTMENT OF CORRECTIONS
Informal Complaint

Effective Date: December 1, 2010
Operating Procedure 866.1    Attachment 3

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within three working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

| Dave Thomas | 1077894 | 2-208 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

☐ Unit Manager/Supervisor    ☐ Food Service    ☑ Treatment Program Supervisor
☐ Personal Property    ☐ Commissary    ☐ Mailroom
☐ Medical Administrator    ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

*I was wrongfully Terminated from my job on 10-17-17 with out an ICA hearing as stated / according to operating procedure #841.2 All supervisor must notify the unit manager and the IPM to completed the Termination form for possible ICA action. This Termination is stoping my Treatment program & healing Environment I was told by captain Claude lam Terminated, please Looking to This matter, Thank you for your assistance.*

Offender Signature *Dave Thomas*     Date *October 17 2017*

### Offenders - Do Not Write Below This Line

Date Received: 10/18/17

Response Due: 11/4/17

Action Taken/Response: _____

Tracking # GRV-17-INF-010843

Assigned to: IPM Nichols

_____

Respondent Signature     Printed Name and Title     Date

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____    Date: _____

Staff Witness Signature: _____    Date: _____



| VIRGINIA DEPARTMENT OF CORRECTIONS | Offender Work Program Job Counseling/Suspension and Termination 841_F16_11-16 |

# Offender Work Program Job Counseling/Suspension and Termination

Offender Name:  Thomas, Dave                     Number:  1077894

Job Assignment:  Support Woker                   Supervisor:  Captain Claude

| ☐ COUNSELING   ☐ SUSPENSION | ☐ COUNSELING   ☐ SUSPENSION |
|---|---|
| Start Date: _____ End Date: _____ | Start Date: _____ End Date: _____ |
| Reason for Action: _____ | Reason for Action: _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| Offender Signature            Date | Offender Signature            Date |
| Staff Signature            Date | Staff Signature            Date |
| Copy Counseling/Suspension to Security Supr., Work PAR., Offender | Copy Counseling/Suspension to Security Supr., Work PAR., Offender |

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

## TERMINATION REQUEST

Date:  10/19/17     ☐ Suspended, Date: _____     Disciplinary Charge Pending ☐ Yes ☒ No

Reason(s) for Termination: <u>On October 18, 2017 approximately 2:00 pm. Offender Thomas, D. #1077894</u>
<u>was informed the following : Per Warden R. Younce, due to safety and security reasons for the facility your</u>
<u>present job assignment must be moved to a position inside the Housing Unit. Offender Thomas, D. was</u>
<u>given the opportunity to accept any available job position inside the Housing Unit. Offender Thomas</u>
<u>refused, therefore his job position is terminated/</u>

_N. Barnes_            N. Barnes-CMC                     10/20/17

Staff Signature            Name Printed            Date
Copy Termination Request to Security Work Supervisor and offender.  Forward original Termination Request to Work PAR

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

## WORK PAR/ ADMINISTRATIVE TERMINATION REVIEW

☒ Approved     ☐ Disapproved          ☐ Approved     ☐ Disapproved

Comments:  _ed entire wk 11-12-17_          Comments: _____

_TBM 11-16-17_

Work PAR Signature            Date          Reviewer Signature            Date

*Revision Date: 11/3/16*

Virginia Department of Corrections
Eastern Region Operations Chief
Eastern Regional Office
14545 Old Belfield Road
Capron, Virginia 23829

Re: Arbitrary Punishment/Abuse of
     Authority at GRCC

                              October 20, 2017

Dear Ms. Burney-Divens:

     I am writing to both you and Mr. Clarke with
the hope that you will provide assistance and protection
of my rights as a prisoner in the following matter.
This matter could not be grieved through the grievance
procedure because officials/staff here at GRCC are
denying us of the due process that would allow us
to access the grievance procedure. I will explain.

     As your office may or may not know, the GRCC was
locked down for shakedowns from September 25, 2017,
to October 1, 2017; and then from October 3, 2017, to
October 16, 2017. During these shakedowns, it is rumored
that contraband was found in various places, including in
the support building on cluster "S1" where I work.
There was obviously truth to these rumors because several
inmates who work in said support building were locked-up

**RECEIVED**

OCT 2 4 2017

Ombudsman Unit
Eastern Region

1

Received Sunday 11-19-14 about 2:56 ™ By officer Harris

Thomas, O
#1077894
2/ ~~~ 208

and/or transferred for alleged infractions. While I was not accused of or charged with anything, on October 18, 2017, I was told by my Building counselor, Ms. N. Barnes, that the regional office ordered that all support building workers be terminated, and that I could not return to my job of 9 years as a painter.

Upon hearing this from Ms. Barnes, I asked her why did I not receive a job termination form in accordance with established policy (OP#841.2), and subsequent scheduling for an ICA hearing in accordance with OP#830.1. In response, she stated that "the higher-ups" at "the region" did this, so "no paperwork was involved." She then advised that I could fill out an application for another job somewhere else, and that if I refused to work somewhere else, I could be charged with an infraction. I refused to fill out a job application because I have not received proper notice that my current one has been terminated. Also, I have done absolutely nothing to warrant losing my job which is my only source of income.

I have been incarcerated long enough to know that the regional office would not impose itself in the affairs of institutional jobs. Also, all support building workers were not fired so I do not believe that Ms. Barnes is being honest with me. What is happening here really has no rhyme or reason because what if contraband is found in the common area of a classroom? Will all of the students, or some of the students be put out of school where there

RECEIVED

OCT 24 2017
Ombudsman Unit
Eastern Region

2

is no evidence indicating that the contraband was theirs.

What I hope to achieve from this correspondence is intervention by your office(s) that would assure that my due process rights are recognized and afforded; and that all staff and officials here at GRCC are held to account to follow established VA Dept. of Corrections policy. Currently, arbitrary decisions are being made with no regard for established policy, or the innocence of offenders such as myself who have committed no infractions but are yet being punished.

It is my hope that your office(s) will address this issue at your earliest convenience. Thank you for your cooperation in this matter.

Sincerely,

Dave Thomas
Greensville Corr. Ctr.
901 Corrections Way
Jarrat, Virginia 23870

cc. Mr. H. Clark, Dir. VA. Dept. of Corrs.
DT/pf

RECEIVED

OCT 2 4 2017
Ombudsman Unit
Eastern Region

3

Virginia Department of Corrections
C/o Mr. H. Clarke, Director
P.O. Box 26963
Richmond Virginia 23261

D. Thomas, # 1077894
Greensville Correctional Center
901 Corrections Way
Jarrat, Virginia 23870

October 23, 2017

Dear Mr. Clarke:

Please find enclosed a copy of a letter that was sent to the Regional Operations Chief, Ms. Burney-Divens, on the above date.

If there is any assistance that your office can provide in regard to this matter it will be greatly appreciated.

Thank you for your cooperation in this matter.

Sincerely,

Dave Thomas

RECEIVED
OCT 24 2017
Ombudsman Unit
Eastern Region

4

Robert C. Bobby Scott
U.S. house of Representatives
Washington D.C. 20515-4603

march 07 2018

Dear mr Scott

Its Been over a month From The Last Time you Correspond with me, you stated
That you Let me Know as soon as you Receive a Response from Virginia Department
of Correction. I feel Like you are Brushing me off By Telling me you Let me Know.
its over 4½ months with out work/Employment which is my only Sorce of income
coming in for me, I did (Not) Breach my obligation/Contract of Employment
for The past 8 years. Administration and (Region office Railroad me with my Comp-
laint) By not following Rules & policy. Those who are wrongfully charge and move
To a higherup prison. Return Back To G.R.C.C around 01-22-18 J-mitchel & I-hickman
at S-3. what happen To The Good old days when every one Respect higher-up moral-
Standard with Each others also Respect Authority which is you mr Scott, about 1960
owen colleague fight for us for Due-process within The Department of Corrections To
have The Right To Due-process of The Law. Then why Administration & Region office cant/
Dont comply with The Rules/policy. if counselors are There To help correct The wrong
and comply with policy But They Dont, instead They Deliberately Deprived me
of Due-process of the Law. willfully Violate Denial and Rejection of my Com-
plaint & Grievance prohibitory provisions of my Constitution by wrongfully
Terminated me, Lost of salary where my constitution Right was Violated. Region office
(R-woodson Deliberately ignore my complaint By cohoots with Administration
which Doesnt Leave me no other option But To seek outside Legal Assistance. Then
comes Retaliation from Administration. [as The supreme court justice Warren
Burger stated There is NO iron curtain separate a prisoner from The Constitution.]
Law inforcer are There To inforce The Law Not Breaking The Laws. a Boss is There To
set Example To all who work for him. Thems a Boss Must Learn how to not To make
Rational judgment (nor) make anger clouded his Better judgment. he Must prat-
ice fairnest, professional at his/Here job. if Administration can Break Law, policy & Rules
how can we Become a Better productive Citizen in Society if we are Learning Bad cond-
uct. can That make us a productive Citizen. if That True, then There are (NO) need for
(policy, Rules nor Laws).

Robert c. "Bobby" Scott
U.S. House of Representatives
Washington D.C. 20515-4603


March  2018


Dear mr Scott

It's Been over a month from The Last Time you correspond with me. you Stated That you Let me know as soon as you Resive a Response from Virginia Department of Corections. I fel Like you are Brushing me off By Telling me you Let me know. it's over 4½ month with out work/ Employment which is my only Sorce of income coming in for me. I Did Not Bresch my Obligation/ Contract of Employment for The past 8 years. Administration and (Region office Railrosd) me with my Complaint by Not following [Rules & policy. Those who are wrongfully charge and move To a higher-up prison was Return Back To G.C.C around 01-22-18 at 5-3 # j-michel & #Z-Rickman. what happen To The Good old Days when Every one Respect moralstandard with Each others also Respecting The (higher-up in Authority which you are mr Scott.) in about 1960 when our Colleague fight for us for Due-process within The Department of Corections To have The Right To Due-process of The Law. Then why Administration & Region office cant Comply with The (Rules/policy.] if Counselor's are there To corect The wrong and comply

I am Thanking you in Advance for your Time and Consideration in This matter.

Respectfully Submitted
Dave Thomas

Dave Thomas # 1077894
Greensville Corr. Ctr.
901 Corrections Way
Jarrett Virginia  23870

③

with (policy) But They Dont. instead They Deliberately Deprived me of Due-process of the Law. Willfully Violated, Denial and Rejection of my Complaint/Grievance prohibitory provisions of my Constitution By Wrongfully Terminated me, Lost of salary where my Constitution was Violated. Region office (R. Woodson) willfully ignored my Complaint By [cohoots] with administration which Doesnt Leave me no Other option But To Seek outside Legal Assistance. Then come's Retaliation from Administration. [As The Supreme Court Justice Mr Warren Burger Stated There is NO iron Curtain Separate a prisoner from The Constitution.] Law inforcer are there To inforce The Law Not Breaking The Law. A Boss is There To set Example To all who work for him. A Boss Must Learn how not To make Rational judgment (nor) anger clouded his Better judgment. he Must practice fairness and Be more professional at his job. what happen To fairness? if Administration can Break policy/Rules & Laws Then how can we Become a Better productive citizen in Society. if we are Learning Bad Conduct, can That make us a productive citizen? if That True Then There are NO need for (policy/Rules nor Laws).

lam Thanking you in advance for your Time and Consideration in This matter

Respectfully Submitted
Dave Thomas

# POWHATAN CORRECTION CENTER - RECEIVING
## INMATE WORK CONTRACT

I, INMATE ___D. Thomas___ # ___315741___ , HAVE BEEN ASSIGNED THE POSITION OF ___(A)tter Am-Shift___

I UNDERSTAND I AM EXPECTED TO COMPLETE THE ATTACHED DUTIES THAT HAVE BEEN ASSIGNED TO ME…AS WELL AS ANY OTHER DUTIES GIVEN TO ME BY ANY OFFICER OR STAFF MEMBER.

I UNDERSTAND I WILL STAY FREE OF ANY MAJOR INFRACTION, OR VIOLATION OF RULES AND REGULATIONS, WHICH MAY RESULT IN TERMINATION OF POSITION.

NOTE: THE INMATE UNDERSTANDS THAT HE MAY **ONLY WORK THE ASSIGNED SHIFT AND POSITION UNLESS APPROVED BY SHIFT COMMANDER ,INCLUDING OVER TIME!!**

_____      ___5-28-03___
INMATE SIGNATURE        DATE

_____      ___5/28/03___
WITNESS        DATE

S/support 0800-1600

ATTACHMENT #3

# GREENSVILLE CORRECTIONAL CENTER
## JOB APPLICATION FORM

TO: _Mrs. J. Walke_
     WORK ASSIGNMENT COORDINATOR

#5-1 Support Worker / painter
WORK AREA REQUESTED

FROM: _D. Thomas_     # _315741_     UNIT: _2_   CELL _220_

MEDICAL STATUS: _Good_          CUSTODY: _2_
CURRENT JOB:                    START DATE:                    GCA/EGT
CURRENT WORK SUPERVISOR:                                   TO:
CURRENT SCHOOL ASSIGNMENT: (List all classes and time periods) _n/a_   RECIEVING MAINTENANCE PAY?Y ___ N _✓_
CURRENT COUNSELOR: _Miss Bell_
WORK EXPERIENCE RELATED TO POSITION APPLYING FOR: _painting_

JOB TITLE: _yard worker_          DUTIES: _cutting grass cleaning up the_
EMPLOYER: _mr Barner_                      _yard and other work in the yard_
ADDRESS: _5-2 G.C.C_
DATES EMPLOYED FROM: _6/1/05_
TO: _8/20/07_

JOB TITLE:                        DUTIES:
EMPLOYER:
ADDRESS:
DATES EMPLOYED FROM:
TO:

WORK AREA SUPERVISORY REVIEW          0800-1600

NAME: _D. Thomas_     # _315741_   JOB REQUESTED: _Painter / S-1support_

I AM RECOMMENDING THAT SUBJECT BE CONSIDERED FOR EMPLOYMENT IN THIS AREA FOR:
_____ 30 DAYS          _____ 60 DAYS          _____ 90 DAYS     _✓_ OTHER
STARTING PAY RATE:     _02/07_
I DO NOT RECOMMEND SUBJECT FOR EMPLOYMENT IN THIS AREA. (RETURN TO INMATE)
RATIONALE:
NO VACANCIES EXIST IN THIS AREA. AT THE PRESENT TIME. (RETURN TO INMATE)

02/05
   -03/07  .35          Ofc. _Panitchee_
                              SIGNATURE-WORK AREA SUPERVISOR

WORK COORDINATOR SECTION REVIEW

INSTITUTIONAL FILE REFLECTS THE FOLLOWING:

SUBJECT HAS APPROPRIATE SKILLS RELATIVE TO JOB REQUIREMENTS (REFER TO ICC)
SUBJECT IS INELIGIBLE OR UNSUITABLE FOR THIS JOB ASSIGNMENT. (RETURN TO INMATE)
RATIONALE:

JP #833
Attachment 11

03\08

# GREENSVILLE CORRECTIONAL CENTER
# INMATE JOB PERFORMANCE REVIEW

| Foreman/Manager Name | Foreman/Manager Title | Date Prepared |
|---|---|---|
| Ofc. L Mitchell | Correction officer | 9/4/09 |

| Inmates Name | Location | Inmates Number |
|---|---|---|
| D. Thomas | GRCC | 315741 |

| Position Title | Inmate Pay Code | ICC Pay Class # | Rate Code |
|---|---|---|---|
| S1 support Painter | 02 | 03 | 07 |

| Area | Date Entered Present Position | Appraisal Date |
|---|---|---|
| | (months) | 9/4/09 |

## SECTION I - OVERALL PERFORMANCE

Check the box below that best summarizes this inmates overall job performance in terms of the job requirement. Your rating should take into account. 1. The degree to which the job requirements have been satisfied. 2. The difficulty of the job requirements. 3. The inmate's methods for satisfying job requirements.

- [ ] **Excellent-** Achievements consistently far exceed the position's key objectives
- [✓] **Better than satisfactory-** Achievements consistently meet and frequently exceed the position's key objectives or requirements.
- [ ] **Satisfactory-** Achievements consistently meet the position's key objectives or requirements. Accomplishments may exceed work requirements in some
- [ ] **Needs further improvement-** Achievement partially meet the postion's key objectives or requirements. With improvement, performance should satisfactory.
- [ ] **Unsatisfactory-** Achievements do not meet the position's key objectives or requirements.

The job responsibilities during appraisal period: List in order of importance, that this inmate was supposed to do during this appraisal period.

Offender D. Thomas is responseble for painting all areas in S-1 support building to include hall way, Restrooms base boards, walls, dining halls, kitchen and any other as that need to be painted

Accomplishments for this appraisal period: List significant accomplishments or results achieved during this appraisal period related to the major job responsibilities listed above. Explain any lack of results.

OFFENDER D Thomas is an indepenedent Painter who paints area on work lot the or No Supervision. He cooperates with other offenders and supervisor as well, good worker.

## SECTION II - RECOMMENDATION
Based upon the employees performance, check the box below that best indicates your recommendation.

| Maintain At Current Step | Raise Pay One Step | Promote To Next Grade | Demote One Step | Demote One Grade | Terminate |
|---|---|---|---|---|---|
| | | ✓ | | | |

## SECTION III - OVERALL COMMENTS

Comments of Foreman/Manger

Raise pay rate from 07 to 08

Comments of Inmate


Comments of Reviewer


## SECTION IV - SIGNATURES
This performance review has been reviewed and discussed with the inmate.

| D. Thomas | Ofc. L Mitchell | W. ale |
|---|---|---|
| Date | Foreman/Manager | Reviewer |
| 09/04/09 | 9/4/09 | 9-21-09 |

IOP 833
Attachment 3

## GREENSVILLE CORRECTIONAL CENTER
## JOB APPLICATION FORM

TO: _Mr L. F_ _____   _Dock worker_ _____
    WORK ASSIGNMENT COORDINATOR      WORK AREA REQUESTED

FROM: _D.<sup>me</sup> Thomas_ _____ # _315741_   UNIT: _7_   CELL: _414_

MEDICAL STATUS: _Excellent_   CUSTODY: _2_   GCA/EGT _____
CURRENT JOB: _yard worker_   START DATE: _7-20-05_   TO: _6-8-07_
CURRENT WORK SUPERVISOR: _Mr L F Bonner_   RECIEVING MAINTENANCE PAY?Y___ N _no_
CURRENT SCHOOL ASSIGNMENT:(List all classes and time periods) _Completed Advance Custodial Maintenance_
CURRENT COUNSELOR: _was Miss Jeffier_   _on 7/11/07_
WORK EXPERIENCE RELATED TO POSITION APPLYING FOR:

JOB TITLE: _Maintenance Manager_   DUTIES: _Repairing Apartments as_
EMPLOYER: _Mr Bill woods_   _cleaning, painting, Tialing, plumbing,_
ADDRESS: _27 Rock Riverdail_   _light wiring, storage Room I order,_
DATES EMPLOYED FROM: _6-20-99_   _Supplies, staff of 12, cuting Grass,_
TO: _8-8-01_   _policing the Grounds._

JOB TITLE: _Yard worker_   DUTIES: _help keeping the yard_
EMPLOYER: _Mr L. F Bonner_   _clean By picking up Trash._
ADDRESS: _Greensville Correction_   _Garden of Hand Scape, cuting_
DATES EMPLOYED FROM: _7-20-05_   _Grass._
TO: _6-8-07_

### WORK AREA SUPERVISORY REVIEW

NAME: _____ # _____ JOB REQUESTED: _Fed Laundry (4'00)_

( )  I AM RECOMMENDING THAT SUBJECT BE CONSIDERED FOR EMPLOYMENT IN THIS AREA FOR:
    _____ 30 DAYS    _____ 60 DAYS    _____ 90 DAYS    _____ OTHER
    STARTING PAY RATE: _____
( )  I DO NOT RECOMMEND SUBJECT FOR EMPLOYMENT IN THIS AREA. (RETURN TO INMATE)
    RATIONALE: _____
( )  NO VACANCIES EXIST IN THIS AREA AT THE PRESENT TIME. (RETURN TO INMATE)

                    SIGNATURE-WORK AREA SUPERVISOR

### WORK COORDINATOR SECTION REVIEW

THE INSTITUTIONAL FILE REFLECTS THE FOLLOWING:

(N)  SUBJECT HAS APPROPRIATE SKILLS RELATIVE TO JOB REQUIREMENTS (REFER TO ICC)
( )  SUBJECT IS INELIGIBLE OR UNSUITABLE FOR THIS JOB ASSIGNMENT (RETURN TO INMATE)
    RATIONALE: _____

COUNSELOR'S SIGNATURE: _____ DATE: _8/14/07_

_Level II_
_DAY_
_Effective_
_8/24/07_

_07/06_



VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Work Program Job Counseling/Suspension and
Termination 841_F16_11-16

## Offender Work Program Job Counseling/Suspension and Termination

Offender Name: **Dave Thomas**      Number: **1077894**
Job Assignment: **S-1 Painter**      Supervisor: **Capt. C. Wright**

---

☐ **COUNSELING**    ☐ **SUSPENSION**        ☐ **COUNSELING**    ☐ **SUSPENSION**

Start Date: _____        End Date: _____        Start Date: _____        End Date: _____

Reason for Action: _____        Reason for Action: _____

_____        _____

_____        _____

_____        _____

_____        _____

_____        _____

Offender Signature        Date        Offender Signature        Date

Staff Signature        Date        Staff Signature        Date
Copy Counseling/Suspension to Security Supr., Work PAR., Offender        Copy Counseling/Suspension to Security Supr., Work PAR., Offender

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

---

### TERMINATION REQUEST

Date: **3-10-2020**  ☐ Suspended. Date: _____        Disciplinary Charge Pending ☐ Yes  ☑ No

Reason(s) for Termination: **The offender was founded to have contraband in his work area in S-1 support, ie Gallon Hot Sauce, Gallon Soy Sauce, can of mackel fish, 3 buckets of wax, 12 5gallons buckets of paint. Per warden Jarrell and my self, this offender needs to be removed from this job. No charge is placed therefore he can be employed in housing unit.**

**Capt. C. Wright**        **Capt. C. Wright**        **10 March 2020**
Staff Signature        Name Printed        Date
Copy Termination Request to Security Work Supervisor and offender. Forward original Termination Request to Work PAR

**An *Offender Payroll System Exception Report* 841_F17 must be submitted to the Business Office by noon on Tuesday of the week following the start date of any suspension.**

---

## WORK PAR/ ADMINISTRATIVE TERMINATION REVIEW

☐ Approved    ☐ Disapproved        ☐ Approved    ☐ Disapproved
Comments: _____        Comments: _____

Work PAR Signature        Date        Reviewer Signature        Date

Revision Date: 11/3/16

Exhibit B 1-3

# VIRGINIA CORRECTIONAL ENTERPRISES
## WOOD INDUSTRY
## GREENSVILLE CORRECTIONAL CENTER
## OFFENDER JOB APPLICATION FORM

GRCC HOUSING UNIT/CELL: _2-117_    DATE: _November 18 20_

**PERSONAL:**

OFFENDER NAME: _Dave Thomas_    OFFENDER ID NUMBER: _# 1077894_

MEDICAL STATUS: _____ CUSTODY _____ CLASS/LEVEL _____ GCA/EGT: _____

COUNSELOR: _ms moody_    HAVE YOU BEEN CHARGE FREE FOR THE LAST 6 MONTHS? ☑ YES ☐ NO

**EDUCATION:** (Minimum of HS Diploma/GED required to be employed by Correctional Enterprises)

CIRCLE HIGHEST GRADE COMPLETED: 1  2  3  4  5  6  7  8  9  10  11  (12)  13  14  15  16  VOC.

IF YOU DID NOT COMPLETE HIGH SCHOOL, DO YOU HAVE A GED? ☐ YES ☐ NO

CURRENT SCHOOL ASSIGNMENT (List all classes and time periods): _n/a_

**WORK EXPERIENCE:**

PRESENTLY WORKING? ☐ YES ☑ NO IF YES, CURRENT SUPERVISOR: _n/a_

IF YES, CURRENT JOB: _n/a_    START DATE: _n/a_

PREVIOUS JOB: _Support Building printer & other_ PAST SUPERVISOR: _mr C Claude_

HAVE YOU EVER WORKED IN A WOOD SHOP OR FACTORY? ☐ YES ☑ NO  IF YES, HOW LONG? _n/a_

IF YES, BRIEFLY DESCRIBE WHAT TYPE OF WORK YOU PERFORMED: _n/a_

DO YOU HAVE ANY OF THE FOLLOWING SKILLS / EXPERIENCE: (Check all that apply)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE ☐✓ | ASSEMBLY ☑ | CARPENTRY ☑ | DRAFTING ☐ | DRAWERS ☐ | FINISHING ☐ |
| FORK LIFT ☑ | HARDWARE ☐ | MAINTENANCE ☑ | INVENTORY ☐ | JANITORIAL ☑ | SHIPPING ☐ |
| WOOD MACHINES ☐ | PREP ☐ | TECH SUPPORT ☑ | SANDING ☑ | SPRAYING ☐ | QC ☐ |

## TREATMENT SECTION EVALUATION

THE INSTITUTION FILE REFLECTS (Check appropriate area):

(   ) SUBJECT HAS APPROPRIATE SKILLS AND MEETS SECURITY REQUIREMENTS RELATIVE TO ENTERPRISE REQUIREMENTS

(   ) SUBJECT MEETS SECURITY REQUIREMENTS RELATIVE TO ENTERPRISE EMPLOYMENT

(   ) SUBJECT IS NOT ELIGIBLE FOR EMPLOYMENT

RATIONALE: _____

COUNSELOR: _____

(SIGNATURE)

## ENTERPRISE SHOP SUPERVISOR REVIEW

(   ) I RECOMMEND THAT APPLICANT BE CONSIDERED FOR EMPLOYMENT AT THIS TIME. _____

(   ) I DO NOT RECOMMEND APPLICANT AT THIS TIME. _____

(SHOP / WORK AREA)

RATIONALE: _____

WORK SUPERVISOR: _____

(SIGNATURE)

## INSTITUTIONAL WORK CLASSIFICATION ACTION

HEARING DATE: _____    APPLICANT PRESENT:    (   ) YES    (   ) NO

TYPE OF HEAR: _____ INFORMAL _____ FORMAL    DUE PROCESS OBSERVED:  (   ) YES    (   ) NO

COMMITTEE RECOMMENDATION: _____

ADMINISTRATIVE ACTION: (   ) APPROVED    (   ) DISAPPROVED    (   ) OTHER

_____    _____    _____

(COMMITTEE CHAIRPERSON)    (MEMBER)    (MEMBER)

REVISED 4/2011




# VIRGINIA CORRECTIONAL ENTERPRISES
## WOOD INDUSTRY
## GREENSVILLE CORRECTIONAL CENTER
### OFFENDER JOB APPLICATION FORM

GRCC HOUSING UNIT/CELL: _S-1 - 2-117_     DATE: _2-21-21_

**PERSONAL:**

OFFENDER NAME: _Thomas  Dave_     OFFENDER ID NUMBER: _1077894_

MEDICAL STATUS: _____ CUSTODY _____ CLASS/LEVEL _____ GCA/EGT: _____

COUNSELOR: _ms Cain_     HAVE YOU BEEN CHARGE FREE FOR THE LAST 6 MONTHS? ☑ YES ☐ NO

**EDUCATION:** (Minimum of HS Diploma/GED required to be employed by Correctional Enterprises)

CIRCLE HIGHEST GRADE COMPLETED: 1 2 3 4 5 6 7 8 9 10 11 ⑫ 13 14 15 16 VOC.

IF YOU DID NOT COMPLETE HIGH SCHOOL, DO YOU HAVE A GED? ☐ YES ☐ NO

CURRENT SCHOOL ASSIGNMENT (List all classes and time periods): _N/A_

**WORK EXPERIENCE:**

PRESENTLY WORKING? ☐ YES ☑ NO IF YES, CURRENT SUPERVISOR: _N/A_

IF YES, CURRENT JOB: _N/A_     START DATE: _N/A_

PREVIOUS JOB: _Support Building painter & other_ PAST SUPERVISOR: _MR captain Clarde_

HAVE YOU EVER WORKED IN A WOOD SHOP OR FACTORY? ☐ YES ☑ NO IF YES, HOW LONG? _N/A_

IF YES, BRIEFLY DESCRIBE WHAT TYPE OF WORK YOU PERFORMED: _N/A_

DO YOU HAVE ANY OF THE FOLLOWING SKILLS / EXPERIENCE: (Check all that apply)

| ADMINISTRATIVE | ☐ | ASSEMBLY | ☐ | CARPENTRY | ☐ | DRAFTING | ☐ | DRAWERS | ☐ | FINISHING | ☐ |
| FORK LIFT | ☑ | HARDWARE | ☐ | MAINTENANCE | ☑ | INVENTORY | ☐ | JANITORIAL | ☑ | SHIPPING | ☐ |
| WOOD MACHINES | ☐ | PREP | ☐ | TECH SUPPORT | ☑ | SANDING | ☐ | SPRAYING | ☐ | QC | ☐ |

## TREATMENT SECTION EVALUATION

THE INSTITUTION FILE REFLECTS (Check appropriate area):

(  ) SUBJECT HAS APPROPRIATE SKILLS AND MEETS SECURITY REQUIREMENTS RELATIVE TO ENTERPRISE REQUIREMENTS

(  ) SUBJECT MEETS SECURITY REQUIREMENTS RELATIVE TO ENTERPRISE EMPLOYMENT

(  ) SUBJECT IS NOT ELIGIBLE FOR EMPLOYMENT

RATIONALE: _____

COUNSELOR: _____

(SIGNATURE)

## ENTERPRISE SHOP SUPERVISOR REVIEW

(  ) I RECOMMEND THAT APPLICANT BE CONSIDERED FOR EMPLOYMENT AT THIS TIME. _____

(  ) I DO NOT RECOMMEND APPLICANT AT THIS TIME.     (SHOP / WORK AREA)

RATIONALE: _____

WORK SUPERVISOR: _____

(SIGNATURE)

## INSTITUTIONAL WORK CLASSIFICATION ACTION

HEARING DATE: _____     APPLICANT PRESENT:  (  ) YES  (  ) NO

TYPE OF HEAR: _____ INFORMAL _____ FORMAL     DUE PROCESS OBSERVED:  (  ) YES  (  ) NO

COMMITTEE RECOMMENDATION: _____

ADMINISTRATIVE ACTION: (  ) APPROVED     (  ) DISAPPROVED     (  ) OTHER

_____     _____     _____

(COMMITTEE CHAIRPERSON)     (MEMBER)     (MEMBER)

REVISED 4/2011

VIRGINIA
DEPARTMENT OF CORRECTIONS

Offender Work Program Job Application 841_F5_11-16

## Offender Work Program Job Application

**SECTION I: Completed by Offender & Current Work Supervisor**

Print Name: _Dave Thomas_ # _7077894_ Housing: _2-117_ Date: _02-02-2021_

Job Requested: _floor maintenance, striping floor & waxing, or other_ ☐ Initial Job

Current Job: _was support Buitling painter S-1_ Duration in Job: _from 2009 until 2020_

Supervisor's Reference: ☐ Excellent ☐ Good ☐ Fair ☐ Poor

Supervisor's Signature: ☐ Approve ☐ Disapprove

Describe job skills/ work experience: _Drywall, maintenance, floor, handy man, plumbing, painting,_
_Sound Tech, setup Banquets._

Are you currently participating in Treatment/ DCE programs? ☐ Yes ☑ No ☐ Anticipated

If so, what programs? _n/a_   _Dave Thomas_   _12-02-2021_

| Assigned Counselor: | Offender Signature: | Date: |
|---|---|---|

**SECTION II: ELIGIBILITY**

DRC: _____ DRCI/RFP: _____ PED: _____ MPRD/GTRD: _____

Security Level: _____ Medical Classification Code: _____ GCA/ESC Level: _____

Recommended Work Class: _____ ABE Eligible: ☐ Yes ☐ No

Total Sentence: ___ yrs. ___ mos. ___ days Current Offense(s): _____

Detainer: ☐ Yes ☐ No   Escape/ Fugitive history: _____

Institutional Infractions which preclude assignment: _____

Action: ☐ Approved, Forward ☐ Disapprove, Returned Comments: _____

Counselor Signature: _____ Date: _____

**SECTION III: INTERVIEW**

Date of Interview: _____ Recommendation: ☐ Approve ☐ Disapprove

Comments: _____

Interviewer Signature: _____ Date: _____

**SECTION IV: PAR ACTION**

Job Assignment Recommendation: ☐ Initial Job ☐ Job Change

New Job Classification Code: _____ Delete Job Classification Code: _____ Effective Date: _____

Skill Grade (Hourly Pay): ☐ I (.27) ☐ II (.35) ☐ III (.45) Other: _____

Work Classification: Recommend Class ☐ No Outside Work ☐ I ☐ II ☐ III ☐ IV ☐ V ☐ Special Project Crew

Special work conditions: _____

PAR Signature: _____ Date: _____

ICA Signature: if recommended for outside perimeter job Date: _____

**SECTION V: ADMINISTRATIVE REVIEW**

Work Classification: Approved Class ☐ No Outside Work ☐ I ☐ II ☐ III ☐ IV ☐ V ☐ Special Project Crew

Gate Pass ☐ Approve ☐ Disapprove

Comments: _____

Reviewer Signature: _____ Date: _____

(Reviewer is the Facility Unit Head if Outside Perimeter job assignment)

Revision Date: 11 3 16

Cell Check in/Check-out Form

Date: _feb 11—2021 Wed at 6:00pm ms Dale come around in pod_    Housing Assingment: _S-1   2-117-B_

Offender Name: _Dave Thomas_    Offender #: _1077894_

_ms _ Dale want us to sign This cell check in & out form without FC, check the cell & if we dont sign She is going To Shake us All down Threaten/intimidate_

| Area/item | Condition – Good | Condition- Bad (indicate discrepancies) |
|-----------|------------------|------------------------------------------|
| Window | Good | |
| Screen | | |
| Walls | ' | Bad |
| Ceiling | Good | |
| Door | | Bad |
| Window | | |
| Vent | Good | |
| Commode | Good | |
| Sink | | |
| Mirror | Good | |
| Light fixture | Good | |
| Bed | | Bad / Rus |
| Electrical Outlet | Good | |
| Mattress | | Bad / Bottom Bunk |
| Plastic tote/Duffel Bag | Good | |

Your signature certifies that the cell has been checked and discrepancies are listed correctly. Also, I understand that upon inspection of the cell, I understand that I will be held accountable for any damage/destruction

_I will NOT Sign under Duress with out Staff check The cell!_
Offender's signature/state # and date: _under duress_

Officer's Signature and Date:_____

Upon the offender being moved. Officer should inspected the cell and verify that mattress and duffel bag are present and in good condition.

Date exited from the cell:_____

Officer's signature:_____

from Dave Thomss 1077894 2-229

Greensville Correctional Center

901 Corrections Way

Jarratt Virginia 23870

Exhibit L-3
1

To: what I mail out To Lawyer's seeking Representation / Assistance

I am writing This Letter Requesting your Legal Representation /
Assistance on a Law Suit, I have Been Deprive of medical
help from The Dental department which is no fault of mine. They
have indanger my Life / health for Several months Deliberately
neglet there duties has D.O.C Rules & policy stated.
On November 18 2019 went To The Dentist office To Remove one of
my Tooth That was pull By Doctor Brath who was not professional
who make me feel uncomfortable who is nosty. I make an Comp-
laint follow-up with Grievance All the way To Richmond Eastern
Region office which They Time Barred me, months Later The Too-
th That he Remove Started to oozing I write Several Request &
no answer. Then I write up my Complaint on 2-14-20, no an-
swer from dental department I follow-up with the Griev-
ance 3-6-20 Then Grievance Coordinate Stated I have not used
The informal process To Resolve The Complaint & decission Return
Because of The 5 Day Time Limit for Review has Been Exceeded which
That's what They do every Time we make a Complaint. Then cont'd

2

On 3-10-20 [ms Robin Allen dentis asst] answer my complaint stated [you will be seen for a Dental Evaluation To Determine your dental need] Still no Respond. so I follow-up with The Grievance on 3-25-20 which I gave Them sufficient amount of Time To answer To see me. I also Requested for outside medical/dental Assistance from Eastern Region office & from G.R.C.C Administration, Because dental office Deliberate ignore my Cry for help. which They shown Spitefulness, Retaliation & Sabotage, and Refusing me Medical Treatment That There Doctor did, which I Told Them The infected Gum can Bring me harmful Disease To my mouth, head, Stomach and That's Cruel Unusual punisment. The Complaint come Back from Region office only stamp unanswer on 4-2-20. Then I write To The (Lead warden L Edmind and asst Warden ms C putney on march 29-20) up To now no answer from Them. Then on 4-10-20 Dental office call for me which I was seen By (Doctor ms hollin & asst Robin) They Take 2 x-Ray of my mouth. They Stated They see no infection There after one x-Ray was not Takeing Right, I show where it is Beside The other Tooth. I Told Them I know my Body and when something is wrong with it. or They stated There are going To give me (Antibiotic) This is where They Take me for a fool Try To Trick me, get pill's on 4-11-20 with 2 Tylenol. Return 4-12-20 nurse Thompson Told me There no more Antibiotic pill for me it Stop I only getting 2 Tylenol pills. so I write-up Doctor hollin & ms Robin also send in Request asked what can 2 Tylenol can do for an infected Gum Thats are still oozing for month, yall showing That you are Deliberately ignore my health, no Consideration coincide Togethe inflected Cruel unusual punishment upon me. I asked is This how you Evaluate a person By Lying To Them making To Believe There Being Treated with Antibiotic. yall showing Negligent, Neglect Refusing me Medical Assistance nor Try To fix The problem. you have Violate my Constitution

Right which I shown Legitimate issue That Should / must Be founded They Ended-up Time Based me where Violation was Discovered That's Determined To Be Legitimate matter/issue That They Deliberatly holding mail for it not To Reach its Distination. So They answer The Request & give me one Antibiotic for 10 days start on 4-14-20 To 4-23-20 up To now my mouth/Gum still orging.

names of Administration That I asked for Assistance.

1. Doctor Broth
2. assist Denter ms Robin
3. Doctor holten
4. H.Coor C. Stawn
5. H. Coor K. pluee

6. Request L.P.  N. Snow
7. G.C-Coor  S. Zapp
8. Rep. ombudsman  marus Elam
9. Lead warden  L. Edmonds
10 asst warden  C. putney

The Tracking numbe of All my Complaint.

1. # 11-26-2019  GCC-19-INF-08607  By Doctor  C. Broth
2. # 01-15-2020  GCC-19-RFC-00641  By Zapp  S-A
3. # 03-06-2020  GCC-20-INF-01229  By Strawn- C
4. # 04-17-2020  GCC-20-INF-02655  By
5. # 05-02-2020  GCC-20-INF-02653  By Ragsdale-cm

if There is any Assistance That your office can provide for me in Regard To This problem it will Be Greatly Appreciated. I Declare under penalty of perjury That The forgoing is True and Correct.

Dave Thomas
Respectfully Submitting

Exhibit U 1-2

at 5:40 = %

VIRGINIA *1-2*
DEPARTMENT OF CORRECTIONS   Received Thursday 4-15-21 answer late   Written Complaint 866_F3_10-20

## Written Complaint   *1 - NOTICE*

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint.*
- You must explain your issue in the space provided below, preferably in ink.   *5 - Request*
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident
- You are limited to only one issue per *Written Complaint.*
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

MAR 2021
RECEIVED
GRCC
Housing Unit 1

| Dave Thomas | #1077894 | 2-117 | S-1 |
|---|---|---|---|
| Offender Name | Offender Number | Housing Assignment | |
| unit manager ms D. Dale. | | unsolved | issue/problem |
| Individuals involved in incident | | Date/ Time of incident | |

TO: _complaint Department_

(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

I have been patient enough of ms Dale & her colleagues Abuse of power constantly Depriving me Employment that put me in a Depressed mood which is part of my Treatment program, She deliberately ignore my Last Request. ms Dale show Racial Discrimination/prejudice, Spitefulness, harrassment, Inflicted Vengeful angry punishment upon me, which I Dun her (NO) wrong doing for such (HATRED). ms Dale Show favoritism preferential Treatment to other offenders who Requested for jobs which is my Therapeutic program is (working) for not Buying Depress, She Give preference for other (T-Mens) in an Safe Environment several times out of This

Offender Signature: _without prejudice Dave Thomas c/o B.T_   Date: _march 28- 2021 sunday_
Continue Next Page →   Offenders - Do Not Write Below This Line

Date Received: 03/29/2021   Response Due: 04/13/2021   Log Number: GCC-21-INF-01499
Assigned to: WARDEN PUTNEY

Action Taken/Response:

_Jobs are done with in the Bueding & Communicate with Building manager_

| AWCPutney | AWCPutney | 48/13/21 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 30-day time limit has not expired.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

1-2

(CHOAS) pod, no support from her, or any staff members. When the courts, parol & probation instructed (us) To fine Residence under Some [Restricted Rules] in a Safe Environment. Then what's wrong with me Requesting Residence in an peaceful place. They Constantly (TARGETED) me for Better word (Black Ball) me. They Treated me Differently & intentional purposefully Discriminate, That put me in a Great Deal of Stress, Emotionally hazing Constantly Stress Duress mental Anguish, Discomfort Anxiety & Depress. That's cruel unusual punishment That Violated my Constitution Right & [1, 8 Amendments] just Because I (Exercise) my Right By written Complaint when They Dun me wrongfuly over year (NOW) come Spitefulness & Retaliation from ms Dale move me To another hostile choss pod. which I'm prepare for what every Discomfort upon me. which Leave no other Choice To Taken out Criminal Complaint and Later Lien, for Indanger my Life / welfair. Befor [without They fabricating The Truth]. Its Time Someone Stand-up To yall (Bullys) (ALL) I wanted is To Be Leave Alone and Treated (FAIR) & Granted me what I am Entitle / Require To [I Thought unit manager & counselor are There for us as an Advocater as Support?] where is The fairness? Deceit Dismiss : on Constant Harassment, Targeted collusion with her Colleagues, Discrimination spitefulness Vengefulness & Retaliation, which I'm hoping To Avoid Legal Action, I am willing To withdraw if come To a main neesse Resolution, please be advice when I started will not Stop until I Get justice.

                                                        Thank you for your Time.

This Statement is Truth and Correct.

                                                        Dave Finnell  C/o D.T & courts.